UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, and MATTHEW O. MADDOX,<br><br>Defendants. | Case No. 1:18-cv-01549-DLC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3-13-18 |

**STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE TO THE DISTRICT OF NEVADA**

WHEREAS, on February 20, 2018, Plaintiffs John V. Ferris and Joann M. Ferris ("Plaintiffs") filed this action against Wynn Resorts, Limited ("Wynn Resorts"), Stephen A. Wynn, Craig Scott Billings, Stephen Cootey, and Matthew O. Maddox ("Defendants" and with Plaintiffs, the "Parties");

WHEREAS, all Defendants are either headquartered in or live in Las Vegas, Nevada;

WHEREAS, several actions with overlapping defendants and allegations are pending in Nevada state and federal courts, including a first-filed securities case in the District of Nevada before U.S. District Judge Kent J. Dawson;[1]

WHEREAS, the Parties believe that transferring this action to the District of Nevada would serve the convenience of the Parties and witnesses, as well as the interest of justice (*see* 28 U.S.C. § 1404(a)),

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

The venue of this action be transferred to the United States District Court for the District of Nevada.

Dated: March 12, 2018

KIRKLAND & ELLIS LLP

_____/s/_____
Matthew Solum, P.C.
601 Lexington Avenue

---

[1] *See, e.g., Broussard v. Hagenbuch, et al.*, No. 18-cv-00293-KJD-CWH (D. Nev. filed Feb. 15, 2018); *Boynton Beach Mun. Firefighters' Pen. Tr. Fund, et. al v. Wynn, et al.*, No. A-18-769673-B (Nev. Dist. Ct. filed Feb. 15, 2018); *Operating Eng'rs. Constr. Indus.., et al. v. Wynn, et al.*, No. A-18-769630-B (Nev. Dist. Ct. filed Feb. 15, 2018); *DiNapoli v. Wynn, et al.*, No. A-18-770013-B (Nev. Dist. Ct. filed Feb. 22, 2018); *Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. v. Wynn, et al.*, No. A-18-770222-B (Nev. Dist. Ct. filed Feb. 22, 2018); *Jane Doe v. Wynn, et al.*, No. A-18-770360-C (Nev. Dist. Ct. filed Mar. 1, 2018); *Jane Doe v. Wynn, et al.*, No. A-18-770334-C (Nev. Dist. Ct. filed Feb. 28, 2018).

New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
matthew.solum@kirkland.com

*Counsel for Defendants Wynn Resorts, Limited, Craig S. Billings, Stephen Cootey and Matthew O. Maddox*

Dated: March 12, 2018

LATHAM & WATKINS LLP

*/s/ Michele D. Johnson /for*

Michele D. Johnson
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
michele.johnson@lw.com

*Counsel for Defendant Stephen A. Wynn*

Dated: March 12, 2018

POMERANTZ LLP

*/s/ Jeremy A. Lieberman /AH*

Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212.661.1100
Facsimile: 212.661.8665
jalieberman@pomlaw.com

*Counsel for Plaintiffs*

2

## ORDER

IT IS HEREBY ORDERED THAT, upon the parties' Stipulation, this action be and hereby is transferred to the District of Nevada. The clerk of this Court is directed to transfer this action to the District of Nevada.

DATED: March 13, 2018

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE