Patrick G. Byrne (Nevada Bar #7636)
Alex L. Fugazzi (Nevada Bar #9022)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
pbyrne@swlaw.com
vbohman@swlaw.com

*Additional Counsel on Signature Block*

*Counsel for Wynn Resorts Limited, Craig Scott Billings, and Matthew O. Maddox and on behalf of Stephen Cootey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, and MATTHEW O. MADDOX,<br><br>Defendants. | Case No. 2:18-CV-00479-GMN-CWH<br><br>The Honorable Gloria M. Navarro<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>**(FIRST REQUEST)** |

This Stipulation is entered into by and among the parties to this action.

WHEREAS, on February 20, 2018, Plaintiffs John V. Ferris and Joann M. Ferris ("Plaintiffs"), individually and on behalf of all other similarly situated, filed a putative class action captioned *Ferris v. Wynn, et al.*, No. 18-cv-00479-GMN-CWH against Defendants Wynn Resorts Limited, Stephen A. Wynn, Craig Scott Billings, Stephen Cootey, and Matthew O. Maddox, (collectively, "Defendants" and with the Plaintiffs, the "Parties") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., and Rule 10b-5, 17 C.F.R. 240 promulgated thereunder;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4. The deadline to move for appointment as lead plaintiff is April 28, 2018;

WHEREAS, once selected, the lead plaintiff will then appoint a lead counsel, subject to the Court's approval, § 78u-4(a)(3)(B)(v), and identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (ii) such lead plaintiff serves an operative complaint;

WHEREAS, the Parties hereby stipulate and agree, and respectfully request the Court to order, as follows:

1. Within 14 days of an order by the Court appointing lead plaintiff(s) and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and

jointly submit a proposed schedule for the filing of any amended complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss;

2. Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 1 above, if approved by the Court, or until such other further order by the Court.

3. The deadline of April 14, 2018 for the Joint Status Report is adjourned until such time after entry of an order appointing a lead plaintiff and lead counsel for the class that is convenient for the Court.

4. Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed in paragraph 1 through 3 above.

**IT IS SO ORDERED.**

DATED: April 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATED: March 30, 2018 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | */s/ Alex L. Fugazzi* |
| 4 | | Alex L. Fugazzi (Nevada Bar #9022)<br>Patrick G. Byrne (Nevada Bar #007636) |
| 5 | | V.R. Bohman (Nevada Bar #13075)<br>3883 Howard Hughes Parkway, Suite 1100 |
| 6 | | Las Vegas, Nevada 89169<br>Telephone: 702.784.5200 |
| 7 | | Facsimile: 702.784.5252 |
| 8 | | Email: afugazzi@swlaw.com<br>           pbyrne@swlaw.com |
| 9 | |           vbohmans@swlaw.com |
| 10 | | Mark Holscher (*Pro Hac Vice* to be filed) |
| 11 | | Michael J. Shipley (*Pro Hac Vice* to be filed)<br>Kirkland & Ellis LLP |
| 12 | | 333 South Hope Street<br>Los Angeles, California 90071 |
| 13 | | Telephone: 213.680.8190<br>Facsimile: 213.808.8097 |
| 14 | | Email: mark.holscher@kirkland.com<br>           michael.shipley@kirkland.com |
| 15 | | |
| 16 | | Matthew Solum (*Pro Hac Vice* to be filed)<br>Kirkland & Ellis LLP |
| 17 | | 601 Lexington Avenue<br>New York, New York 10022-4611 |
| 18 | | Telephone: 212.446.4688<br>Facsimile: 212.446.4900 |
| 19 | | Email: matthew.solum@kirkland.com |
| 20 | | *Counsel for Wynn Resorts Limited, Craig* |
| 21 | | *Scott Billings, and Matthew O. Maddox and*<br>*on behalf of Stephen Cootey* |
| 22 | | |

1 | DATED: March 30, 2018    MUEHLBAUER LAW OFFICE, LTD.

/s/ *J. Alexander Hood*
Andrew R. Muehlbauer (Nevada Bar #10161)
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for John V. and Joann JoAnn M. Ferris*

| | | |
|---|---|---|
| 1 | DATED: March 30, 2018 | CAMPBELL & WILLIAMS |
| 2 | | |
| 3 | | */s/ Colleen C. Smith* |
| 4 | | J. Colby Williams, Esq.<br>700 South Seventh Street |
| 5 | | Las Vegas, Nevada 89101<br>Telephone: 702.382.5222 |
| 6 | | Facsimile: 702.382.0540<br>Email: jcw@cwlawlv.com |
| 7 | | |
| 8 | | Michele D. Johnson (*pro hac vice to be filed*)<br>**LATHAM & WATKINS LLP** |
| 9 | | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626 |
| 10 | | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 11 | | Email: michele.johnson@lw.com |
| 12 | | Colleen C. Smith (*pro hac vice to be filed*) |
| 13 | | **LATHAM & WATKINS LLP**<br>12670 High Bluff Drive |
| 14 | | San Diego, California 92130<br>Telephone: (858) 523-3985 |
| 15 | | Facsimile: (858) 523-5450<br>Email: colleen.smith@lw.com |
| 16 | | |
| 17 | | *Counsel for Stephen A. Wynn* |
| 18 | 4832-8399-0880 | |

{00274411;1}  -5-
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**