1  Patrick G. Byrne (Nevada Bar #7636)
   Alex L. Fugazzi (Nevada Bar #9022)
2  V.R. Bohman (Nevada Bar #13075)
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: 702.784.5200
   Facsimile: 702.784.5252
5  Email: pbyrne@swlaw.com
            afugazzi@swlaw.com
6           vbohman@swlaw.com

7  Mark Holscher (*Pro Hac Vice* to be filed)
   Michael J. Shipley (*Pro Hac Vice* to be filed)
8  Kirkland & Ellis LLP
   333 South Hope Street
9  Los Angeles, California 90071
   Telephone: 213.680.8190
10 Facsimile: 213.808.8097
   Email: mark.holscher@kirkland.com
11         michael.shipley@kirkland.com

12 Matthew Solum (*Pro Hac Vice* to be filed)
   Kirkland & Ellis LLP
13 601 Lexington Avenue
   New York, New York 10022-4611
14 Telephone: 212.446.4688
   Facsimile: 212.446.4900
15 Email: matthew.solum@kirkland.com

16 *Attorneys for Defendants Wynn Resorts Limited, Craig
   Scott Billings, and Matthew O. Maddox and on behalf
17 of Stephen Cootey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, and MATTHEW O. MADDOX,<br><br>Defendants. | Case No.: 2:18-cv-00479-GMN-CWH<br><br>**JOINT PROPOSED PLEADING AND RESPONSE SCHEDULING ORDER** |

- 1 -

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Wynn Resorts Limited, Craig Scott Billings, Matthew O. Maddox, Stephen Cootey, and Mr. Stephen A. Wynn ("Defendants"), and John V. Ferris and Joann M. Ferris ("Plaintiffs") (together with Defendants, "Parties"), by and through their respective counsel, hereby submit this Joint Proposed Pleading and Response Scheduling Order pursuant to the April 2, 2018, Stipulation and Order Extending Defendants' Time to Answer or Otherwise Respond to the Complaint and Continuing Case Management Conference and Associated Deadlines (ECF No. 23).

The Parties hereby stipulate and agree, and respectfully request the Court to order as follows:

(1) Plaintiffs have until **March 1, 2019** to file any Amended Complaint.

(2) Defendants have until **April 15, 2019** to respond, including by filing any Motion to Dismiss.

(3) Plaintiffs have until **May 30, 2019** to file any Opposition to any such Motion to Dismiss.

(4) Defendants have until **July 1, 2019** to file their Reply Brief to such Motion to Dismiss.

IT IS SO ORDERED.

DATED: December 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1     DATED this 18th day of December, 2018.

| | |
|---|---|
| **SNELL & WILMER, L.L.P.** | **MUEHLBAUER LAW OFFICE, LTD.** |
| By:   */s/ Alex Fugazzi*<br>Patrick G. Byrne, Esq.<br>Alex L. Fugazzi, Esq.<br>V.R. Bohman, Esq.<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, Nevada 89169<br>Tel:   702.784.5200<br>Fax:   702.784.5252<br>Email:  pbyrne@swlaw.com<br>         afugazzi@swlaw.com<br>         vbohman@swlaw.com<br><br>Mark Holscher (*Pro Hac Vice* to be filed)<br>Michael J. Shipley (*Pro Hac Vice* to be filed)<br>Kirkland & Ellis LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, California 90071<br>Tel:   (213) 680-8400<br>Fax:   (213) 680-8500<br>Email:  mark.holscher@kirkland.com<br>         michael.shipley@kirkland.com<br><br>Matthew Solum (*Pro Hac Vice* to be filed)<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Tel:   (212) 446-4800<br>Email:  matthew.solum@kirkland.com | By:   */s/ Aatif Iqbal*<br>Andrew R. Muehlbauer (Nevada Bar #10161)<br>MUEHLBAUER LAW OFFICE, LTD.<br>7915 West Sahara Avenue, Suite 104<br>Las Vegas, NV 89117<br>Tel:   (702) 330-4505<br>Fax:   (702) 825-0141<br>Email:  andrew@mlolegal.com<br><br>POMERANTZ LLP<br>Jeremy Alan Lieberman (*pro hac vice*)<br>Murielle J. Steven (*pro hac vice*)<br>Aatif Iqbal (*pro hac vice*)<br>600 Third Avenue, Floor 20<br>New York, NY 10016<br>Tel:   (212) 661-1100<br>Fax:   (917) 463-1044<br>Email:  jalieberman@pomlaw.com<br>         aiqbal@pomlaw.com<br>         mjsteven@pomlaw.com<br><br>*Attorneys for Lead Plaintiffs John V. Ferris and Joann M. Ferris* |

*Attorneys for Defendants Wynn Resorts Limited, Craig Scott Billings, and Matthew O. Maddox and on behalf of Stephen Cootey*

**CAMPBELL & WILLIAMS**

By: /s/ *Colleen Smith*
J. Colby Williams, Esq.
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Facsimile: 702.382.0540
Email: jcw@cwlawlv.com

Michele D. Johnson (*pro hac vice to be filed*)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: michele.johnson@lw.com

Colleen C. Smith (*pro hac vice*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-3985
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com

*Counsel for Stephen A. Wynn*