| | |
|---|---|
| 1 | GARMAN TURNER GORDON LLP |
| | ERIKA PIKE TURNER |
| 2 | Nevada Bar No. 6454 |
| | Email: eturner@gtg.legal |
| 3 | DYLAN T. CICILIANO |
| | Nevada Bar No. 12348 |
| 4 | Email: dciciliano@geg.legal |
| | 650 White Drive, Suite 100 |
| 5 | Las Vegas, Nevada 89119 |
| | Tel: (725) 777-3000 |
| 6 | Fax: (725) 777-3112 |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | JAMES N. KRAMER (*Pro Hac Vice Pending*) |
| 8 | CA Bar No. 154709 |
| | Email: jkramer@orrick.com |
| 9 | M. TODD SCOTT (*Pro Hac Vice Pending*) |
| | CA Bar No. 226885 |
| 10 | Email: tscott@orrick.com |
| | 405 Howard Street |
| 11 | San Francisco, CA 94105 |
| | Tel: (415) 773-5700 |
| 12 | |
| | CHRISTINE E. HANLEY (*Pro Hac Vice Pending*) |
| 13 | WA Bar No. 50801 |
| | Email: chanley@orrick.com |
| 14 | 701 5th Avenue, Suite 5600 |
| | Seattle. WA 98107 |
| 15 | Tel: (206) 839-4300 |

*Attorneys for Defendant Kimmarie Sinatra*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE,<br><br>Defendants. | CASE NO.: Case 2:18-cv-00479-GMN-CWH<br><br>**JOINT PROPOSED PLEADING AND RESPONSE SCHEDULING ORDER** |

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

Plaintiffs John V. Ferris and JoAnn M. Ferris, individually and on behalf of all other persons similarly situated, and Defendant Kimmarie Sinatra, by and through their undersigned counsel, hereby stipulate and agree, and respectfully request the Court order that Ms. Sinatra shall be subject to the same briefing schedule as provided in the Scheduling Order at ECF No. 47, as follows:

(1) Service of the Amended Complaint via mailing was accepted by Ms. Sinatra on March 8, 2019. Ms. Sinatra agrees on April 15, 2019 she will respond to Plaintiffs' Amended Complaint, including by filing any Motion to Dismiss.

(2) Plaintiffs have until May 30, 2019 to file any Opposition to any Motion to Dismiss.

(3) Ms. Sinatra has until July 1, 2019 to file her Reply Brief to such Motion to Dismiss.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Date: April 1, 2019

Submitted by:

Dated this 15th day of March, 2019
MUEHLBAUER LAW OFFICE, LTD.

/s/ Murielle J. Steven
ANDREW R. MUELBAUER
Nevada Bar No. 10161
7915 W. Sahara Ave., Suite 104
Las Vegas, NV 89117

POMERANTZ LLP
JEREMY A. LIEBERMAN (pro hac vice)
MURIELLE J. STEVEN (pro hac vice)
AATIF IQBAL (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
*Attorneys for Plaintiffs*

Dated this 15th day of March, 2019.
GARMAN TURNER GORDON LLP

/s/ Erika Pike Turner
ERIKA PIKE TURNER
Nevada Bar No. 6454
DYLAN T. CICILIANO
Nevada Bar No. 12348
650 White Drive, Suite 100
Las Vegas, Nevada 89119

ORRICK, HERRINGTON
& SUTCLIFFE LLP
JAMES N. KRAMER (*Pro Hac Vice Pending*)
M. TODD SCOTT (*Pro Hac Vice Pending*)
405 Howard Street
San Francisco, CA 94105

CHRISTINE E. HANLEY
(*Pro Hac Vice Pending*
701 5th Avenue, Suite 5600
Seattle. WA 98107
*Attorneys for Defendant Kimmarie Sinatra*