ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com

*Attorneys for Lead Plaintiffs John V. and JoAnn M. Ferris*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE,

Defendants.

Case No. 2:18-CV-00479-GMN-DJA

**STIPULATION TO EXTEND DEADLINES RELATED TO THE SECOND AMENDED COMPLAINT AND ANTICIPATED MOTION TO DISMISS**

Pursuant to LR IA 6-1, Lead Plaintiffs JOHN V. FERRIS and JOANN M. FERRIS ("Plaintiffs") and Defendants WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Complaint in this matter was filed on February 20, 2018 (ECF No. 1);

WHEREAS, Plaintiffs were appointed as lead plaintiffs on December 4, 2018 by order of this Court (ECF No. 45);

WHEREAS, Plaintiffs filed their Amended Complaint on March 1, 2019 (ECF No. 52);

WHEREAS, Defendant KIMMARIE SINATRA filed her Motion to Dismiss on April 15, 2019 (ECF No. 67);

WHEREAS, Defendants WYNN RESORTS LIMITED, BILLINGS, MADDOX, HAGENBUCH, IRANI, MILLER, MULROY, RANDT, SHOEMAKER, WAYSON, JOHNSON, and VIRTUE filed their Motion to Dismiss on April 15, 2019 ("Wynn Resorts Motion to Dismiss") (ECF No. 71);

WHEREAS, Defendant STEPHEN COOTEY filed his Joinder to the Wynn Resorts Motion to Dismiss on April 15, 2019 (ECF No. 73);

WHEREAS, Defendant STEPHEN A. WYNN filed his Joinder to the Wynn Resorts Motion to Dismiss on April 15, 2019 (ECF No. 75);

WHEREAS, Plaintiffs filed their Response to all of the Motions to Dismiss on May 30, 2019 (ECF No. 96);

WHEREAS, Defendant KIMMARIE SINATRA filed her Reply to Plaintiffs' Response on June 6, 2019 (ECF No. 98);

WHEREAS, the filers of the Wynn Motion to Dismiss filed their Reply to Plaintiffs' Response on July 1, 2019 (ECF No. 99);

WHEREAS, Defendant STEPHEN COOTEY filed his Reply to Plaintiffs' Response on July 1, 2019 (ECF No. 102);

WHEREAS, Defendant STEPHEN A. WYNN filed his Reply to Plaintiffs' Response on July 1, 2019 (ECT No. 103);

WHEREAS, the Court granted all of the above Motions to Dismiss on May 27, 2020 (ECF No. 119) but allowed Plaintiffs 21 days to file an amendment to the Amended Complaint (ECF No. 52) to add additional allegations; and

WHEREAS, Plaintiffs have requested additional time to file their Second Amended Complaint,

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that:

- Plaintiffs shall have up to and including July 1, 2020 to file their Second Amended Complaint; and
- Defendants shall have until August 14, 2020 to file and brief their anticipated Motions to Dismiss the Second Amended Complaint;
- Plaintiffs shall have until September 18, 2020 to file their Response to the anticipated Motion to Dismiss the Second Amended Complaint; and
- Defendants shall have until October 16, 2020 to file their Replies to Plaintiffs' Response to the anticipated Motion to Dismiss the Second Amended Complaint.

Dated this 15th day of June, 2020.

**MUEHLBAUER LAW OFFICE, LTD.**

By: /s/ Andrew R. Muehlbauer
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Email: andrew@mlolegal.com

**GARMAN TURNER GORDON LLP**

By: /s/ Erika Pike Turner
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: 725.777.3000
Email: eturner@gtg.legal

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com

*Attorneys for Lead Plaintiffs John V. Ferris and JoAnn M. Ferris*

JAMES N. KRAMER, ESQ. (*pro hace vice*)
M. TODD SCOTT, ESQ. (*pro hac vice*)
405 Howard Street
San Francisco, CA 94105

CHRISTINE E. HANLEY, ESQ. (*pro hac vice*)
701 5th Avenue, Suite 5600
Seattle, WA 98107

*Attorneys for Defendant Kimmarie Sinatra*

**SNELL & WILMER L.L.P.**

By: /s/ Alex L. Fugazzi
ALEX L. FUGAZZI, ESQ.
Nevada Bar No. 9022
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 13075
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Email: afugazzi@swlaw.com
pbyrne@swlaw.com

**KIRKLAND & ELLIS LLP**
MARK HOLSCHER, ESQ. (*pro hac vice*)
MICHAEL J. SHIPLEY, ESQ. (*pro hac vice*)
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213.680.8190
Email: mark.holscher@kirkland.com
michael.shipley@kirkland.com

MATTHEW SOLUM, ESQ. (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Email: matthew.solum@kirkland.com

*Attorneys for Defendants Wynn Resorts, Ltd.; Craig Scott Billings; Matthew O. Maddox; John J. Hagenbuch; Ray R. Irani; Robert J. Miller; Patricia Mulroy; Clark T. Randt Jr.; Alvin V. Shoemaker; Daniel B.*

**MCNUTT LAW FIRM, P.C.**

By: /s/ Daniel R. McNutt
DANIEL R. MCNUTT, ESQ.
Nevada Bar No. 7815
MATTHEW C. WOLF, ESQ.
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: 702.384.1170
Email: drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

*Attorneys for Defendant Stephen Cootey*

**CAMPBELL & WILLIAMS**

By: /s/ J. Colby Williams
J. COLBY WILLIAMS, ESQ.
Nevada Bar No. 5549
700 S. Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Email: jcw@cwlawlv.com

**LATHAM & WATKINS LLP**
MICHELE D. JOHNSON, ESQ. (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714.540.1235

*Wayson; Jay L. Johnson; and J. Edward Virtue*

Email: michele.johnson@lw.com

COLLEEN C. SMITH, ESQ. (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858.523.3985
Email: colleen.smith@lw.com

*Attorneys for Defendant Stephen A. Wynn*

**ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Deadlines Related to the Second Amended Complaint and Anticipated Motion to Dismiss, (ECF No. 120), is **GRANTED**.

**DATED** this 17 day of June, 2020.

Gloria M. Navarro, District Judge
United States District Court