# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

vs.

WYNN RESORTS LIMITED, et al.

    Defendant(s).

Case # 18-CV-479-GMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Eric Gottlieb___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of ___Pomerantz LLP___
(firm name)

with offices at ___600 Third Avenue, Floor 20___,
(street address)

___New York___, ___New York___, ___10016___,
(city) (state) (zip code)

___212-661-1100___, ___egottlieb@pomlaw.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
___John V. Ferris and JoAnn M. Ferris___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since April 28, 2014 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Southern District of New York | June 3, 2014 | EG 1988 |
| U.S. Court of Appeals for the Tenth Circuit | June 9, 2017 | n/a |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)   NONE.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)   NONE.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)   NONE.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16


That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  New York       )
                         )
COUNTY OF  New York      )

___Eric D. Gottlieb___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

2nd day of July, 2020.

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 2021

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Andrew R. Muehlbauer, Esq.__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Muehlbauer Law Office, Ltd., 7915 West Sahara Ave., Suite 104
(street address)

Las Vegas       ,    Nevada    ,  89117
(city)                (state)    (zip code)

702-330-4505           ,   Andrew@mlolegal.com
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Andrew R. Muehlbauer__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John V. Ferris
(type or print party name, title)

_____
(party's signature)

JoAnn M. Ferris
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

| 10161 | Andrew@mlolegal.com |
|---|---|
| Bar number | Email address |

APPROVED:

_____
Gloria M. Navarro, District Judge
United States District Court

DATED this __3__ day of July, 2020.

5

Rev. 5/16

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN RESORTS LIMITED, et al.<br><br>Defendants. | Case No. 18-CV-479<br><br>CLASS ACTION<br><br>**CERTIFICATION OF ERIC D. GOTTLIEB** |

1. I am an attorney with the law firm of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016.

2. I make this certification pursuant to LR IA 11-2(b)(3).

3. I have been a member in good standing of the bars set forth on Exhibit A annexed hereto.

4. Attached as Exhibit B is my Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, First Judicial Department. This is the only state court where I am admitted. All of my other admissions are to federal courts.

5. I am in good standing in every court where I have been admitted to practice.

6. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I am admitted to practice.

_____
Eric D. Gottlieb

Subscribed and sworn to before me this ___2nd___ day of ___July___, 20_20_.

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 20_21_

1

# Exhibit A

| **Attorney Name** | **Court Name** | **Date of Admission** | **Attorney Bar Number** |
|---|---|---|---|
| Eric D. Gottlieb | Supreme Court, State of New York, First Department | April 28, 2014 | 5222807 |
| Eric D. Gottlieb | U.S. District Court, Southern District of New York | June 3, 2014 | EG1988 |
| Eric D. Gottlieb | U.S. Court of Appeals for the Tenth Circuit | June 9, 2017 | N/A |

# Exhibit B

## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Eric David Gottlieb

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 28, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**June 22, 2020**

*Clerk of the Court*

4525