Patrick G. Byrne (Nevada Bar #7636)
Bradley T. Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
        baustin@swlaw.com

*Additional Counsel on Signature Block*

*Counsel for Wynn Resorts Limited, Craig Scott Billings, Alvin Shoemaker. Clark T. Randt, Jr., Daniel B. Wayson, J. Edward Virtue, Jay L. Johnson, John J. Hagenbuch, Robert J. Miller, Ray R. Irani, Patricia Mulroy and Matthew O. Maddox*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE,<br><br>Defendants. | Case No. 2:18-CV-00479-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT AND FOR FILING DISCOVERY PLAN/SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT AND FOR FILING DISCOVERY PLAN/SCHEDULING ORDER**

Pursuant to LR IA 6-1, Lead Plaintiffs JOHN V. FERRIS and JOANN M. FERRIS and additional plaintiff JEFFREY LARSEN ("Plaintiffs"), and Defendants WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE, by and through their respective counsel of record, state as follows:

1. The Complaint in this matter was filed on February 20, 2018 (ECF No. 1);

2. The Court appointed Plaintiffs as lead Plaintiffs on December 4, 2018 (ECF No. 45);

3. Plaintiffs filed their Amended Complaint on March 1, 2019 (ECF No. 52);

4. Following motion to dismiss briefing, Plaintiffs filed a Second Amended Complaint on July 1, 2020 (ECF No. 122);

5. Following the filing of the Second Amended Complaint, additional motion to dismiss briefing ensued (ECF Nos. 125, 128, 140), with the Court recently granting in part the pending Motions to Dismiss; dismissing Defendants Craig Scott Billings, Alvin Shoemaker, Clark T. Randt, Jr., Daniel B. Wayson, J. Edward Virtue, Jay L. Johnson, John J. Hagenbuch, Robert J. Miller, Ray R. Irani, and Patricia Mulroy (collectively, the "Dismissed Defendants") from this litigation; and granting Plaintiffs leave to amend the Second Amended Complaint by September 3, 2021 (ECF No. 171); and

6. Plaintiffs have indicated that they do not intend to amend the Second Amended Complaint by September 3, 2021 as permitted by the Court's July 28, 2021 Order (ECF No. 171).

As such, the Parties now hereby stipulate and agree, and respectfully request that the Court order, as follows:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT AND FOR FILING DISCOVERY PLAN/SCHEDULING ORDER**

1. The remaining Defendants (Wynn Resorts Limited, Stephen A. Wynn, Kimmarie Sinatra, Matthew O. Maddox, and Stephen Cootey) shall have up to and including August 31, 2021 to file their answer to the Second Amended Complaint.[1]

2. Plaintiffs and the remaining Defendants listed in the preceding paragraph shall file a Joint Rule 26(f) Report/Discovery Plan (including a proposed scheduling order), by the later of (i) September 30, 2021, or (ii) thirty (30) days after the filing of Defendants' answer pursuant to ¶1 above.

3. This stipulation is filed in good faith and not intended to cause delay.

4. Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed herein.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 18, 2021

---

[1] As set forth in ¶5 *supra*, the Dismissed Defendants are no longer parties to this litigation, and thus, will not be filing an answer to the Second Amended Complaint.

| | | |
|---|---|---|
| 1 | DATED: August 16, 2021 | SNELL & WILMER L.L.P. |

/s/ Patrick G. Byrne
_____
Patrick G. Byrne (Nevada Bar #007636)
Bradley T. Austin (Nevada Bar #13064)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
      baustin@swlaw.com

Mark Holscher (*Pro Hac Vice*)
Michael J. Shipley (*Pro Hac Vice*)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: 213.680.8190
Facsimile: 213.808.8097
Email: mark.holscher@kirkland.com
      michael.shipley@kirkland.com

Matthew Solum (*Pro Hac Vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

*Counsel for Wynn Resorts Limited, Craig Scott Billings, Alvin Shoemaker. Clark T. Randt, Jr., Daniel B. Wayson, J. Edward Virtue, Jay L. Johnson, John J. Hagenbuch, Robert J. Miller, Ray R. Irani, Patricia Mulroy and Matthew O. Maddox*

-3-
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT AND FOR FILING DISCOVERY PLAN/SCHEDULING ORDER**

DATED: August 16, 2021　　　　　　　MUEHLBAUER LAW OFFICE, LTD.

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer (Nevada Bar #10161)
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

POMERANTZ LLP
Jeremy Alan Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com
egottlieb@pomlaw.com

*Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (*pro hac vice* to be filed)
Phillip Kim (*pro hac vice* to be filed)
Daniel Tyre-Karp (*pro hac vice* to be filed)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
dtyrekarp@rosenlegal.com

*Additional Counsel*

| | |
|---|---|
| DATED:  August 16, 2021 | CAMPBELL & WILLIAMS |

*/s/ Colleen C. Smith*
_____
J. Colby Williams, Esq.
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Facsimile: 702.382.0540
Email: jcw@cwlawlv.com

Michele D. Johnson (*pro hac vice*)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290
Email:  michele.johnson@lw.com

Colleen C. Smith (*pro hac vice*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
Telephone:  (858) 523-3985
Facsimile:  (858) 523-5450
Email:  colleen.smith@lw.com

*Counsel for Stephen A. Wynn*

| | | |
|---|---|---|
| DATED: August 16, 2021 | | GARMAN TURNER GORDON |

*/s/ Dylan T. Ciciliano*

Erika Pike Turner, Esq.
Dylan T. Ciciliano, Esq.
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
Telephone: 725.777.3000
Facsimile: 725.777.3112
Email: eturner@gtg.legal
  dciciliano@gtg.legal

James Neil Kramer, Esq. (*Pro Hac Vice*)
M. Todd Scott, Esq. (*Pro Hac Vice*)
**ORRICK HERRINGTON & SUTCLIFFE LLP**
405 Howard St.
San Francisco, CA 94105
Email: jkramer@orrick.com
  tscott@orrick.com

*Counsel for Kimmarie Sinatra*

DATED: August 16, 2021          MCNUTT LAW FIRM, P.C.

*/s/ Daniel R. McNutt*

Daniel R. McNutt, Esq.
Matthew C. Wolf, Esq.
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: 702.384.1170
Facsimile: 702.384.5529
Email: drm@mcnuttlawfirm.com
  mcw@mcnuttlawfirm.com

*Counsel for Stephen Cootey*

4826-7586-5590