| | |
|---|---|
| 1 | Patrick G. Byrne (Nevada Bar #7636) |
| 2 | SNELL & WILMER L.L.P. |
|   | 3883 Howard Hughes Parkway, Suite 1100 |
| 3 | Las Vegas, Nevada 89169 |
|   | Telephone: 702.784.5200 |
| 4 | Facsimile: 702.784.5252 |
|   | Email: pbyrne@swlaw.com |

*Additional Counsel on Signature Block*

*Attorneys for Defendants Wynn Resorts, Ltd. and Matt Maddox*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS, et al.,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>WYNN RESORTS LIMITED, et al.,<br><br>　　　　Defendant(s). | Case No. 2:18-CV-00479-APG-EJY<br><br>**MOTION TO REMOVE ATTORNEY'S FROM ELECTRONIC SERVICE LIST** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

SNELL & WILMER L.L.P. hereby requests that attorneys Alex L. Fugazzi, Esq. and V.R. Bohman, Esq. be removed from the CM/ECF service list as they are no longer working on the above-entitled matter.

DATED: September 21, 2021

SNELL & WILMER L.L.P.

/s/ Patrick G. Byrne
Mark Holscher (*Pro Hac Vice*)
Michael J. Shipley (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611

Patrick G. Byrne (Nevada Bar #007636)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wynn Resorts, Ltd. and Matt Maddox*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: September 21, 2021

2