UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE,<br><br>Defendants. | Case No. 2:18-cv-00479-APG-EJY<br><br>**ORDER** |

Pending before the Court is the Joint Status Report Re: The Court's January 25, 2022 Order. ECF No. 223. In the Report the parties appear to agree that they have resolved disagreements regarding Defendants' custodian list and search terms with respect to Phase One of Plaintiffs' discovery requests as well as the expected timeline for substantial completion of Defendants' document production and interrogatory responses. *Id*. at 3. However, there is now a dispute regarding redactions made to Plaintiffs' prior production of documents. There is also a dispute regarding whether a briefing schedule should be set for the filing of Plaintiffs' opening class certification brief. *Id*. Defendants believe the parties are at an impasse with respect to the redactions made by Plaintiffs in prior document productions. Plaintiffs believe more time is needed to determine if an impasse has been reached.

After considering the information before the Court and the background of this matter, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer regarding the redactions to Plaintiffs' prior document production no later than **April 8, 2022**. The meeting shall be held by videoconference or

1

1  in person. Telephonic communications are not sufficient for this meet and confer. Plaintiffs shall, by that date, have conferred with counsel and be prepared to discuss potential resolution of the issues raised.

2. If resolution is reached, the parties shall file a notice with the Court stating the same no later than Monday, **April 4, 2022**.

3. If resolution is not reached, Defendants shall file their motion to compel no later than **April 11, 2022**. Plaintiffs shall file their response no later than **April 18, 2022**. Defendants shall file a reply no later than **April 22, 2022**.

Dated this 1st day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE