1  Patrick G. Byrne (Nevada Bar #7636)
   Bradley T. Austin (Nevada Bar #13064)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: pbyrne@swlaw.com
5         baustin@swlaw.com

6  *Attorneys for Defendants Wynn Resorts, Ltd.
   and Matt Maddox*

7  *(additional counsel on signature page)*

8                  **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11  JOHN V. FERRIS, et al.,                )  Case No. 2:18-CV-00479-APG-EJY
                                           )
12              Plaintiff(s),              )  **STIPULATION AND ORDER**
                                           )  **EXTENDING THE DEADLINE TO**
13       v.                                )  **FILE DEFENDANTS' OPPOSITION**
                                           )  **TO PLAINTIFFS' MOTION FOR**
14  WYNN RESORTS LIMITED, et al.,          )  **CLASS CERTIFICATION**
                                           )
15              Defendant(s).              )  **(FIRST REQUEST)**
                                           )
16                                         )

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to LR IA 6-1, Defendants Wynn Resorts Limited, Matthew O. Maddox, Kimmarie Sinatra, Stephen A. Wynn, and Stephen Cootey (collectively, "Defendants"), and Lead Plaintiffs John V. Ferris and JoAnn M. Ferris and Additional Plaintiff Jeffrey Larsen (collectively, "Plaintiffs"), by and through their respective counsel of record, jointly submit this stipulation to extend the filing deadline for Defendants' Opposition to Plaintiffs' Motion for Class Certification, which is currently due on September 19, 2021. This is the first stipulation for extension to file Defendants' Opposition to Plaintiffs' Motion for Class Certification.

WHEREAS, the Court set an initial briefing schedule for Class Certification on November 8, 2021 (ECF No. 198, hereinafter the "**November 8th Order**"), vacated the initial briefing schedule on January 25, 2022 (ECF No. 218, hereinafter the "**January 25th Order**"), and ordered a new briefing schedule for Plaintiffs' Motion for Class Certification on June 28, 2022 (ECF No. 221, hereinafter the "**June 28th Order**");

WHEREAS, the November 8th Order contained provisions that extended the deadlines for Defendants' Opposition and Plaintiffs' Reply in the event the parties or their experts were not available to sit for their depositions on mutually agreeable dates at least a certain number of days before Defendants' Opposition and Plaintiffs' Reply were due;

WHEREAS, the June 28 Order set a July 18th deadline for Plaintiffs' Motion for Class Certification, a September 19th deadline for Defendants' Opposition, and a November 21st deadline for Plaintiffs' Reply;

WHEREAS, Plaintiffs' expert Dr. Zachary Nye was deposed on August 26th, Additional Plaintiff Jeffrey Larsen was deposed on August 30th, Lead Plaintiff John Ferris was deposed on September 9th, and Lead Plaintiff JoAnn Ferris will not be deposed at least until September 27th;

WHEREAS, because of delays in scheduling the Ferrises' depositions, Defendants have asked for additional time to file their Opposition and believe the November 8th Order's mutual automatic extension provisions are still applicable to the current Class Certification briefing schedule;

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**WHEREAS**, Plaintiffs believe the November 8th Order is irrelevant because the January 25th Order vacated November 8th Order's briefing schedule, and the June 28th Order is the operative schedule;

**WHEREAS**, Plaintiffs consent to Defendants' request for an extension solely to the extent Defendants require the additional time to file their brief and expert report, and not to the extent Defendants use the additional time to seek any additional extensions through discovery motions or otherwise;

**THEREFORE**, the Parties now hereby jointly stipulate and agree, and respectfully request that the Court order, as follows:

1. The deadline for Defendants' Opposition to Plaintiffs' Motion for Class Certification is extended from September 19, 2022 to October 18, 2022;

2. The deadline for Plaintiffs' Reply in Further Support of their Motion for Class Certification is extended to December 20, 2022;

3. This Stipulation is filed in good faith and not intended to cause delay;

4. Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed herein.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE


DATED: _September 13_ , 2022

2

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1  DATED: September 12, 2022

   */s/Mark Holscher*

2  Mark Holscher *(Pro Hac Vice)*
   Michael J. Shipley *(Pro Hac Vice)*
3  Edward Hillenbrand *(Pro Hac Vice)*
   Nathaniel Edward Haas *(Pro Hac Vice)*
4  **KIRKLAND & ELLIS LLP**
   555 South Flower Street, Ste 3700
5  Los Angeles, California 90071
   Telephone: (213) 680-8190
6  Facsimile: (213) 808-8097
7  Email: mark.holscher@kirkland.com
          michael.shipley@kirkland.com
8         edward.hillenbrand@kirkland.com
          nathaniel.haas@kirkland.com
9

10 Matthew Solum *(Pro Hac Vice)*
   **KIRKLAND & ELLIS LLP**
11 601 Lexington Avenue
   New York, New York 10022-4611
12 Telephone: (212) 446-4688
   Facsimile: (212) 446-4900
13 Email: matthew.solum@kirkland.com

14

15 Patrick G. Byrne (Nevada Bar #7636)
   Bradley T. Austin (Nevada Bar #13064)
   V.R. Bohman (Nevada Bar #13075)
16 **SNELL & WILMER L.L.P.**
   3883 Howard Hughes Parkway, Suite 1100
17 Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
18 Facsimile: (702) 784-5252
   Email: pbyrne@swlaw.com
19        baustin@swlaw.com
          vbohman@swlaw.com
20

21 *Counsel for Wynn Resorts, Ltd. and*
   *Matthew O. Maddox*
22

23

24

25

26

27

28

3

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE**
**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DATED: September 12, 2022

*/s/Andrew R. Muehlbauer*
Andrew R. Muehlbauer (Nevada Bar #10161)
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

Jeremy Alan Lieberman *(Pro Hac Vice)*
Joseph Alexander Hood, II *(Pro Hac Vice)*
Murielle J. Steven Walsh *(Pro Hac Vice)*
Elina Rakhlin *(Pro Hac Vice)*
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
  ahood@pomlaw.com
  mjsteven@pomlaw.com
  erakhlin@pomlaw.com

*Lead Counsel for Plaintiffs*

4

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DATED: September 12, 2022

*/s/ J. Colby Williams, Esq.*
J. Colby Williams, Esq.
**CAMPBELL & WILLIAMS**
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: jcw@cwlawlv.com

Michele D. Johnson (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: michele.johnson@lw.com

Colleen C. Smith (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com

*Counsel for Stephen A. Wynn*

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DATED: September 12, 2022

_/s/ Erica Pike Turner, Esq._

Erika Pike Turner, Esq.
Dylan T. Ciciliano, Esq.
GARMAN TURNER GORDON
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: eturner@gtg.legal
          dciciliano@gtg.legal

Christine Elizabeth Hanley _(Pro Hac Vice)_
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 5th Ave., Ste 5600
Seattle, Washington 98104
Telephone: (206) 839-4300
Email: chanley@orrick.com

James Neil Kramer, Esq. _(Pro Hac Vice)_
M. Todd Scott, Esq. _(Pro Hac Vice)_
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard St.
San Francisco, California 94105
Telephone: (415)-773-7500
Facsimile: (415) 773-5759
Email: jkramer@orrick.com
          tscott@orrick.com

_Counsel for Kimmarie Sinatra_

6

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DATED: September 12, 2022

/s/ Daniel R. McNutt, Esq.
Daniel R. McNutt, Esq.
Matthew C. Wolf, Esq.
**MCNUTT LAW FIRM, P.C.**
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
Email: drm@mcnuttlawfirm.com
        mcw@mcnuttlawfirm.com

*Counsel for Stephen Cootey*

7

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1

DATED: September 12, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Daniel Tyre-Karp*

Phillip Kim *(Pro Hac Vice)*
Daniel Tyre-Karp *(Pro Hac Vice)*
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
            dtyrekarp@rosenlegal.com

John P. Aldrich
7866 West Sahara Avenue
**ALDRICH LAW FIRM, LTD.**
Las Nevas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

*Additional Counsel for Plaintiffs*

8

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**