# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>WYNN RESORTS LIMITED, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00479-APG-DJA<br><br>**Order Granting Motions to Take Deposition and for Leave to File Surreply**<br><br>[ECF Nos. 271, 272] |

I ORDER that the defendants' motions to take a deposition and for leave to file a surreply **(ECF Nos. 271, 272) are GRANTED.** The defendants may take a four-hour deposition of the plaintiff's expert, Zachary Nye. The deposition is limited to the opinions expressed in Nye's reply report. That deposition must be completed by **February 7, 2023**. The defendants may file a surreply of no more than 12 pages. The surreply is limited to the price impact issues for which the defendants bear the burden of proof under *Goldman Sachs Group, Inc. v. Arkansas Teacher Retirement System*, 141 S. Ct. 1951, 1963 (2021). The surreply is due **February 17, 2023**. The defendants may not submit a rebuttal or supplemental expert report in support of their surreply.

No extensions of these deadlines and no further briefing on the class certification motion will be granted absent extraordinary circumstances.

DATED this 13th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE