# EXHIBIT 49

*February 12, 2018 report by UBS GLOBAL RESEARCH entitled Weekly Gaming Draw*

**728**

**UBS**

Global Research

12 February 2018

# Weekly Gaming Draw
## Feb Macau GGR/Chinese NY Read-throughs, Wynn Issues Still To Be Resolved, Vegas Supply & More

**Upcoming Events**

February 13 - MGM Cotai To Open; February 16, 2018 - First Day of Chinese New Year vs. January 28 in 2017; February 20 - MGM To Report Q4'17 Results; Conference Call 11AM EST; February 20 - MGP To Report Q4 Results; Conference Call 12:30PM EST

**Asia Gaming**

UBS Hong Kong: February GGR On Track For +15-17% YOY; UBS Hong Kong: Melco Resorts: Q417 Broadly In Line; Recurring DPS Up 50%; Japan Update

**Company Updates**

WYNN: Issues Still To Be Resolved; Steve Wynn Renounces Right To Control Elaine Wynn's Shares; Gaming and Leisure Properties Inc: Escalators Ahead?; Extension of Development Period for Studio City Land Concession; Wynn Macau Announces 2018 Pay Increase

**Industry News and Legislative Round-Up**

Marriott's The Drew Las Vegas to Add ~3-4% Room Supply to Vegas in '20; Illinois January '18 Gaming Down -5.6% YOY; Admissions Down -12% YOY; Ohio January '18 Gaming Revenues Up +0.7%; Excl. Racinos Down -1.3% YOY; Indiana January '18 Gaming Rev Down -2.4%; Admissions Down -18.7% YOY; Iowa January '18 Gaming Rev Down -0.4% YOY; Admissions Down -7.7% YOY

**Equities**

Americas

Casinos

**Robin M. Farley**
Analyst
robin.farley@ubs.com
+1-212-713 2060

**Arpine Kocharyan**
Analyst
arpine.kocharyan@ubs.com
+1-212-713 2086

Raffi Bhardwaj, CFA
Associate Analyst
raffi.bhardwaj@ubs.com
+1-212-713 1233

Angus Chan
Analyst
angus.chan@ubs.com
+852-2971 7530

This report has been prepared by UBS Securities LLC. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 4.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**729**



# UBS Weekly Gaming Draw

Robin M. Farley (212) 713-2060 robin.farley@ubs.com
Arpiné Kocharyan (212) 713-2086 arpine.kocharyan@ubs.com

February 12, 2018
Volume 19, Issue 6

## Upcoming Events

### February 13 - MGM Cotai To Open
Previously scheduled to open Jan 29th, MGM announced the opening has been delayed to Feb.13. The Macau govt has reportedly authorized granting a total of 125 new-to-market tables to MGM Cotai, of which 100 will be granted now and 25 to be granted in Jan. 2019. The allocation is lower than the 150 granted to Wynn Palace and LVS Parisian. While the lower-than-expected table allocation is unlikely to impact the initial ramp, it could impact the ceiling level when MGM Cotai matures over time. The company expects MGM Cotai to start with 177 tables, consisting of 165 mass and 12 VIP (direct) at the opening, and potentially transfer another 70 tables from the peninsula for junket VIP when the VIP casino is ready by the summer.

### February 16 - First Day of Chinese New Year vs. January 28 in 2017
In 2017, Jan GGR growth was +3.1% and Feb GGR growth was +17 8% as Jan was impacted by the pre-CNY lull and Feb was helped by a strong tail to CNY. Comps will be tougher in '18 in Feb, because the pre-CNY lull will fall in the month, while comps will be easier in January, as Jan '18 did not include the pre-CNY lull. Andy We Keng Kuong, president of the Macau Travel Industry Council, believes the average occupancy of Macau's five-star hotels could be at least as high as the 95.5% occupancy during Chinese New Year last year with rates at least 10% higher YOY. Total hotel supply in Macau was up +2.3% YOY as of December.

### February 20 - MGM To Report Q4'17 Results; Conference Call 11AM EST
**Dial-in: U.S. 888-317-6003; Int'l: 1-412-317-6061; Passcode: 0077590**
We estimate company-wide Q4 EBITDA for MGM of $561M, higher than Street's expectation of $537M. For Macau, we estimate $151M in EBITDA after licensing fees. Q4 overall Vegas gaming revenue is down -5.1% in Vegas and down -0.9% ex baccarat and this compares to our estimate of MGM strip gaming revenue down -4.4% YOY. MGM has guided Q4 Vegas RevPAR of down -5-7%, with Strip revenue for the company guided down low to mid-single digits in Q4, and margins down 100bps, including Monte Carlo EBITDA disruption of $8-10M. Strip market RevPAR was down -3.4% YOY for Q4. We estimate MGM RevPAR of down -5.6% in Q417, though we note that Wynn's RevPAR was up +2% in Q4 and LVS Vegas RevPAR for the quarter was down -3%.

### February 20 - MGP To Report Q4 Results; Conference Call 12:30PM EST
**Dial-in: U.S. 888-317-6003; Int'l: 412-317-6061; Passcode: 6195826**
UBSe Q4'17 AFFO of $0.53 v. consensus AFFO of $0.52. We expect adj. EBITDA of $185.4M v. Street's $183.6M. We continue to rate MGP Buy and think that it is well positioned to benefit if any major US gaming properties become available for sale.

## Asia Gaming

### UBS Hong Kong: February GGR On Track For +15-17% YOY
**Channel checks indicate ADR of cMOP660-670M in past 11 days.** Our channel checks indicate that GGR for the first 11 days of February came in at MOP7.2-7.48, implying an ADR of MOP660-670M. This is a slowing from the cMOP800M during the last week of January, but is largely within expectations given the usual pre-CNY lull. Foot traffic, however, is beginning to build in anticipation of the weekend's upcoming holiday festivities. **February GGR tracking at up +15-17%.** Based on MTD run rate and CNY timing, February GGR is on track for up +15-17% YOY. This is likely in line with consensus but above seasonality. Typically the pre-CNY lull starts in the preceding two weeks before visitation pick-up from the third day (17th Feb) of CNY onwards. More here.

### UBS Hong Kong: Melco Resorts: Q417 Broadly In Line; Recurring DPS Up 50%
**Recurring DPS up 50% to US$0.135/ADR/qtr; Q417 in line on luck adj basis.** MLCO s EBITDA for Q417 was broadly in-line with UBSe on a luck (negative US$34M on EBITDA, likely from direct VIP) and provision (positive US$11M) adjusted basis. New management at CoD have already strengthened the sales team and improving the layout of the casino floor in order to regain customers. We see the opening of Morpheus in Q218 to be a catalyst for CoD to reverse the mass weakness seen in 2017. Management expects a ramp of 6-12mths with an expected cash return of 20% for the US$1B for the new hotel. MLCO announced a 50% increase in quarterly recurring dividend to US$0.135/ADR, which was directionally positive and to increase over time. More here.

### Japan Update
MGM CEO Jim Murren said that the company would be willing to invest up to $9 2B in a consortium with Japanese partners. MGM has created concept designs for potential resorts in Tokyo's Odaiba island, Yokohama pier, and Osaka's Yumeshima island. CEO Murren believes Osaka is the most receptive for initiating an RFP for a potential casino. CEO Murren belives the RFP process from local cities could last 2-3 years after passage of the casino bill with the earliest casino opening in 2023.

## Company Updates

### WYNN: Issues Still To Be Resolved
**Steve Wynn Resigns as CEO.** Steve Wynn resigned as CEO and chair of Wynn Resorts, with details of separation agreement still to be determined. Steve Wynn continues to own 12% of the company and before renouncing his right to control Elaine's equity stake, used to control Elaine Wynn's 9% stake. So investigations in NV and MA will continue, as egulations there relate to company owners even if they are not involved in operations **What Could Happen Next.** Based on previous situations in US gaming jurisdictions, if any findings were to lead to share sales, regulatory bodies have historically allowed for esolution in an orderly fashion, as state gaming boards have not historically pursued an outcome that would be broadly damaging to other shareholders of a public company Wynn s articles of incorporation include a provision in case a gaming authority makes a determination of unsuitability or if the board determines that a person is likely to put the company s gaming licenses in jeopardy, then shares of Wynn Resorts stock owned or controlled by that person can be redeemed by the company at a price determined by either the gaming board or by what the company s board determines to be fair value, but a value no higher than the closing price the day before the redemption notice is given — and the redemption can be paid by promissory note. In a theoretical scenario, redeeming a sizable amount of shares by promissory note or cash could result in significant leverage evels at the company, though the company could also raise additional equity interest in such a scenario. The company owns worldwide rights to the Wynn name for its resorts **And What It Could Mean in Macau...** This announcement doesn't resolve uncertainty around whether outcomes here might potentially affect Macau in any way or increase risk o concession renewal there. The company has invested $6B there and has strong local management. But it's difficult to quantify to what extent Macau might have weighed Wynn's leadership as being important to the concession process. More here.

**Steve Wynn Renounces Right To Control Elaine Wynn's Shares** Steve Wynn effectively renounced the right to control his ex-wife's 9% stake in WYNN this past Friday (Feb 9, 2018). Steve Wynn no longer contests Elaine Wynn's assertion that the 2010 Amended and Restated Stockholders Agreement is invalid and unenforceable. The company also said that Steve Wynn informed them that he has no immediate plans to sell his 12% stake, though as we note above, the investigations into his suitability by several gaming jurisdictions will continue as long as he is a shareholder.

### Gaming and Leisure Properties Inc: Escalators Ahead?
**No Rent Escalators from PENN and PNK.** GLPI's guidance for 2018 assumes no rent escalators from PENN/PNK, with PENN forecasting rent coverage of 1.85x by year end (from 1.69x currently). If PENN were to hit that target, management believes, GLPI could see rent escalators from PENN, which would raise annualized rent by $5.4M, or ~$1M in ncremental rent (since escalator kicks in Nov 2018). If PNK were to hit the max rent escalator in 2018, that would raise annual rent by $5.9M, or about $4M of incremental ent ($0.01-$0.02 in AFFO) in 2018 (since escalator kicks in April 2018). FY'18 AFFO guidance of $3.13 is also below Street's $3.20 and UBSe $3.22. 2018 guidance excludes any impact of PENN/PNK/BYD transaction which is expected to close in H2'18 **Transaction Market Color.** GLPI maintains its target of $500M/year of transactions, having done transaction worth of around $1.5B over the past year, highlighting stability of ental income and AFFO accretion as two most important metrics management looks at Rising interest rates are an overhang on REIT multiples, but tax reform has removed uncertainty, which should help get deals done. Also lower tax rate reduces leakage when here is taxable separation of gaming operations from assets, which may help motivate some deals. More here.

### Extension of Development Period for Studio City Land Concession
Studio City announced that the Macau government has granted an extension of the development period under the land concession agreement to July 24, 2021. The previous and concession agreement required the land on which Studio City is located to be fully developed by July 24, 2018.

### Wynn Macau Announces 2018 Pay Increase
Wynn Macau announced a pay raise for 98% of company employees effective March 1 Employees earning up to MOP16,000/month ($1,974 USD) will received an increase of MOP600/month ($74 USD) which is an increase of +3.8-7 2%. Employees earning over MOP16,000/month will receive an average increase of +2.5%. Wynn Macau is the second Macau operator to announce a salary increase after Sands China announced in Jan. a +2.5-5% increase for eligible employees effective March 1.

### Industry News and Legislative Round-Up
**Marriott's The Drew Las Vegas to Add ~3-4% Room Supply to Vegas in '20** Marriott International and global development firm Witkoff announced that they will open The Drew Las Vegas on the north end of the Las Vegas strip in late '20. The casino resort s the former unfinished Fontainebleau that was purchased by Witkoff for $600M in '17 The integrated resort will feature 4k hotel rooms, over 500k sq ft of convention and meeting space, and a casino. We est. this will add ~4% to the existing convention/meeting space capacity and +3-4% room supply on the Strip by end '20/FY'21. The Drew Las Vegas will feature an EDITION-branded hotel and a JW Marriott.

### Industry Statistics/Gaming Revenues
**\*\*January '18 has one fewer weekend day vs January '17\*\***
**Ilinois January '18 Gaming Down -5.6% YOY; Admissions Down -12% YOY**
**Ohio January '18 Gaming Revenues Up +0.7%; Excl. Racinos Down -1.3% YOY**
**Indiana January '18 Gaming Rev Down -2.4%; Admissions Down -18.7% YOY**
**owa January '18 Gaming Rev Down -0.4% YOY; Admissions Down -7.7% YOY**

| Index Performance | 2/12/2018 | % Change | | |
|---|---|---|---|---|
| | Price | Week | YTD | 52-week |
| S&P 500 | 2,640 | 0% | -1% | 14% |
| DJIA | 24,435 | 0% | -1% | 21% |
| UBS Gaming Index | 529 | -2% | 2% | 30% |
| Gaming Operators | 501 | -2% | 2% | 34% |
| Games Suppliers | 344 | -4% | -5% | -13% |
| Riverboat Casinos | 1,687 | 0% | 0% | -5% |
| Nevada Gaming Operators | 800 | -2% | 2% | 34% |
| Racino and Simulcast | 34,494 | -6% | -4% | 79% |

| Company Name | Ticker | 2/12/2018 | | | | Rating | EPS or AFFO | | | P/E or P/AFFO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Price | Week | YTD | 52-week | | 2016A | 2017E | 2018E | 2016A | 2017E | 2018E |
| Melco FBL | MLCO | 26.61 | -6.9% | -8.4% | 57.6% | Buy | 0.36 | 0.66 | 0.80 | 73.8 | 40.1 | 33.1 |
| MGM Resorts International | MGM | 33.13 | -3.9% | -0.8% | 16.1% | Neutral | 1.14 | 1.11 | 1.38 | 29.0 | 29.9 | 23.9 |
| Wynn Resorts | WYNN | 163.79 | -1.0% | -2.8% | 65.6% | Neutral | 3.38 | 5.34 | 8.24 | 48.4 | 30.7 | 19.9 |
| MGM Growth Properties | MGP | 25.46 | -5.5% | -12.7% | -0.1% | Buy | 1.30 | 2.02 | 2.17 | 19.7 | 12.6 | 11.8 |
| Gaming and Leisure Prop. | GLPI | 32.62 | -8.8% | -11.8% | 3.3% | Neutral | 3.00 | 3.16 | 3.22 | 10.9 | 10.3 | 10.1 |

*Source: FactSet, Company data, UBS estimates*

**731**

## Valuation Method and Risk Statement

Risks for Las Vegas operators include a decline in visitation to Las Vegas, especially for gaming companies that have a significant portion of their revenue stream coming from the Las Vegas Strip area. Risks for the Macau operators, including Melco, include construction delays and budget overruns in Macau which could have a negative impact on our valuation. We value WYNN, LVS, MGM, and MLCO on an SOTP-derived basis using an EV/EBITDA multiple. We value MGP and GLPI using AFFO multiple, EV/EBITDA, Dividend yield, Cap Rate and Premium to NAV.

 

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request. UBS Securities Co. Limited is licensed to conduct securities investment consultancy businesses by the China Securities Regulatory Commission. UBS acts or may act as principal in the debt securities (or in related derivatives) that may be the subject of this report. This recommendation was finalized on: 12 February 2018 10:46 PM GMT. UBS has designated certain Research department members as Derivatives Research Analysts where those department members publish research principally on the analysis of the price or market for a derivative, and provide information reasonably sufficient upon which to base a decision to enter into a derivatives transaction. Where Derivatives Research Analysts co-author research reports with Equity Research Analysts or Economists, the Derivatives Research Analyst is responsible for the derivatives investment views, forecasts, and/or recommendations.

**Analyst Certification:**Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers and were prepared in an independent manner, including with respect to UBS, and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

**UBS Investment Research: Global Equity Rating Definitions**

| 12-Month Rating | Definition | Coverage[1] | IB Services[2] |
|---|---|---|---|
| **Buy** | FSR is > 6% above the MRA. | 46% | 27% |
| **Neutral** | FSR is between -6% and 6% of the MRA. | 39% | 24% |
| **Sell** | FSR is > 6% below the MRA. | 16% | 13% |
| **Short-Term Rating** | Definition | Coverage[3] | IB Services[4] |
| **Buy** | Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |
| **Sell** | Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |

Source: UBS. Rating allocations are as of 31 December 2017.
1:Percentage of companies under coverage globally within the 12-month rating category.
2:Percentage of companies within the 12-month rating category for which investment banking (IB) services were provided within the past 12 months.
3:Percentage of companies under coverage globally within the Short-Term rating category.
4:Percentage of companies within the Short-Term rating category for which investment banking (IB) services were provided within the past 12 months.

**KEY DEFINITIONS:Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months. **Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium). **Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation. **Short-Term Ratings** reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the fundamental view or investment case. **Equity Price Targets** have an investment horizon of 12 months.

**EXCEPTIONS AND SPECIAL CASES:UK and European Investment Fund ratings and definitions are: Buy:** Positive on factors such as structure, management, performance record, discount; **Neutral:** Neutral on factors such as structure, management, performance record, discount; **Sell:** Negative on factors such as structure, management, performance record, discount. **Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Company Disclosures table in the relevant research piece.

Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as research analysts with FINRA. Such analysts may not be associated persons of UBS Securities LLC and therefore are not subject to the FINRA restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each affiliate and analyst employed by that affiliate contributing to this report, if any, follows.

**UBS Securities LLC:** Robin M. Farley; Arpine Kocharyan; Raffi Bhardwaj, CFA. **UBS AG Hong Kong Branch:** Angus Chan.

**Company Disclosures**

| Company Name | Reuters | 12-month rating | Short-term rating | Price | Price date |
|---|---|---|---|---|---|
| **Gaming and Leisure Properties Inc**[16] | GLPI.O | Neutral | N/A | US$33.56 | 09 Feb 2018 |
| **Melco Resorts**[2, 4, 6, 16] | MLCO.O | Buy | N/A | US$26.82 | 12 Feb 2018 |
| **MGM Growth Properties LLC**[2, 4, 6, 16] | MGP.N | Buy | N/A | US$26.33 | 09 Feb 2018 |
| **Wynn Resorts Limited**[4, 6, 7, 16, 20] | WYNN.O | Neutral (CBE) | N/A | US$166.22 | 09 Feb 2018 |

Source: UBS. All prices as of local market close.
Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date

2.      UBS AG, its affiliates or subsidiaries has acted as manager/co-manager in the underwriting or placement of securities of this company/entity or one of its affiliates within the past 12 months.
4.      Within the past 12 months, UBS AG, its affiliates or subsidiaries has received compensation for investment banking services from this company/entity or one of its affiliates.
6.      This company/entity is, or within the past 12 months has been, a client of UBS Securities LLC, and investment banking services are being, or have been, provided.
7.      Within the past 12 months, UBS Securities LLC and/or its affiliates have received compensation for products and services other than investment banking services from this company/entity.
16.     UBS Securities LLC makes a market in the securities and/or ADRs of this company.
20.     Because this security exhibits higher-than-average volatility, the FSR has been set at 15% above the MRA for a Buy rating, and at -15% below the MRA for a Sell rating (compared with 6/-6% under the normal rating system).

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report. For a complete set of disclosure statements associated with the companies discussed in this report, including information on valuation and risk, please contact UBS Securities LLC, 1285 Avenue of Americas, New York, NY 10019, USA, Attention: Investment Research.

**Gaming and Leisure Properties Inc (US$)**



| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---|---|---|
| 2014-11-07 | 31.97 | - | No Rating |
| 2016-09-26 | 33.8 | 35.0 | Neutral |
| 2016-12-27 | 30.13 | 31.0 | Neutral |
| 2017-05-19 | 36.16 | 34.0 | Neutral |
| 2017-08-10 | 37.3 | 36.0 | Neutral |
| 2017-11-17 | 35.71 | 37.0 | Neutral |

Source: UBS; as of 09 Feb 2018

**Melco Resorts (US$)**



| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---|---|---|
| 2014-11-12 | 26.0 | 35.0 | Buy |
| 2015-01-08 | 24.35 | 29.2 | Buy |
| 2015-03-02 | 24.17 | 29.0 | Buy |
| 2015-04-10 | 24.65 | 28.0 | Buy |
| 2015-05-17 | 19.04 | 27.0 | Buy |
| 2015-06-03 | 19.71 | 24.7 | Buy |
| 2015-06-29 | 17.9 | 23.7 | Buy |
| 2015-09-21 | 17.4 | 21.8 | Buy |
| 2016-01-14 | 14.24 | 20.9 | Buy |
| 2016-05-25 | 14.75 | 19.3 | Buy |
| 2016-07-08 | 11.95 | 13.3 | Neutral |
| 2016-10-06 | 16.52 | 17.0 | Neutral |
| 2016-12-16 | 16.11 | 21.6 | Buy |
| 2017-04-07 | 19.43 | 24.4 | Buy |
| 2017-06-23 | 23.53 | 27.0 | Buy |
| 2017-09-29 | 24.12 | 28.1 | Buy |
| 2017-11-22 | 26.57 | 29.9 | Buy |

Source: UBS; as of 12 Feb 2018

**MGM Growth Properties LLC (US$)**



| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---|---|---|
| 2014-11-07 | NaN | - | No Rating |
| 2016-09-26 | 26.44 | 28.0 | Buy |
| 2017-05-18 | 28.28 | 30.0 | Buy |
| 2017-09-01 | 30.67 | - | No Rating |
| 2017-09-06 | 30.98 | 33.0 | Buy |

Source: UBS; as of 09 Feb 2018

**Wynn Resorts Limited (US$)**



| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---|---|---|
| 2014-11-07 | 177.18 | 199.0 | Neutral |
| 2015-01-07 | 145.46 | 151.0 | Neutral |
| 2015-04-10 | 136.02 | 137.0 | Neutral |
| 2015-05-05 | 116.44 | 119.0 | Neutral |
| 2015-06-04 | 109.44 | 111.0 | Neutral |
| 2015-08-04 | 100.3 | 108.0 | Neutral |
| 2015-09-21 | 66.56 | 73.0 | Neutral |
| 2016-03-07 | 83.99 | 95.0 | Buy |
| 2016-06-13 | 100.15 | - | No Rating |
| 2016-06-24 | 92.29 | 112.0 | Buy |
| 2016-07-08 | 89.75 | 98.0 | Buy |
| 2016-07-20 | 94.18 | 98.0 | Neutral |
| 2016-10-06 | 97.74 | 96.0 | Neutral |
| 2016-11-10 | 85.3 | 93.0 | Neutral |
| 2017-01-27 | 103.08 | 115.0 | Buy |
| 2017-05-12 | 125.29 | 147.0 | Buy |
| 2017-08-11 | 125.63 | 149.0 | Buy |
| 2017-09-28 | 144.38 | 174.0 | Buy |
| 2018-01-29 | 163.48 | 194.0 | Neutral |

Source: UBS; as of 09 Feb 2018

Additional Prices: MGM Resorts International, US$33.43 (09 Feb 2018); Las Vegas Sands Corp., US$71.00 (09 Feb 2018); Wynn Macau, HK$25.90 (12 Feb 2018); MGM China Holdings, HK$21.75 (12 Feb 2018); Pinnacle Entertainment Inc, US$30.32 (09 Feb 2018); Penn National Gaming Inc, US$27.56 (09 Feb 2018);  Source: UBS. All prices as of local market close.

## Global Disclaimer

This document has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

Global Research is provided to our clients through UBS Neo, in certain instances, UBS.com and any other system, or distribution method specifically identified in one or more communications distributed through UBS Neo or UBS.com as an approved means for distributing Global Research (each a "System"). It may also be made available through third party vendors and distributed by UBS and/or third parties via e-mail or alternative electronic means. The level and types of services provided by Global Research to a client may vary depending upon various factors such as a client's individual preferences as to the frequency and manner of receiving communications, a client's risk profile and investment focus and perspective (e.g., market wide, sector specific, long-term, short-term, etc.), the size and scope of the overall client relationship with UBS and legal and regulatory constraints.

All Global Research is available on UBS Neo. Please contact your UBS sales representative if you wish to discuss your access to UBS Neo.

When you receive Global Research through a System, your access and/or use of such Global Research is subject to this Global Research Disclaimer and to the terms of use governing the applicable System.

When you receive Global Research via a third party vendor, e-mail or other electronic means, you agree that use shall be subject to this Global Research Disclaimer, where applicable the UBS Investment Bank terms of business (https://www.ubs.com/global/en/investment-bank/regulatory.html) and to UBS's Terms of Use/Disclaimer (http://www.ubs.com/global/en/legalinfo2/disclaimer.html). In addition, you consent to UBS processing your personal data and using cookies in accordance with our Privacy Statement (http://www.ubs.com/global/en/legalinfo2/privacy.html) and cookie notice (http://www.ubs.com/global/en/homepage/cookies/cookie-management.html).

**If you receive Global Research, whether through a System or by any other means, you agree that you shall not copy, revise, amend, create a derivative work, provide to any third party, or in any way commercially exploit any UBS research provided via Global Research or otherwise, and that you shall not extract data from any research or estimates provided to you via Global Research or otherwise, without the prior written consent of UBS.**

This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject UBS to any registration or licensing requirement within such jurisdiction.

This document is a general communication and is educational in nature; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwise constitutes a personal recommendation. By providing this document, none of UBS or its representatives has any responsibility or authority to provide or have provided investment advice in a fiduciary capacity or otherwise. Investments involve risks, and investors should exercise prudence and their own judgment in making their investment decisions. None of UBS or its representatives is suggesting that the recipient or any other person take a specific course of action or any action at all. By receiving this document, the recipient acknowledges and agrees with the intended purpose described above and further disclaims any expectation or belief that the information constitutes investment advice to the recipient or otherwise purports to meet the investment objectives of the recipient. The financial instruments described in the document may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument referred to in the document. For investment advice, trade execution or other enquiries, clients should contact their local sales representative.

The value of any investment or income may go down as well as up, and investors may not get back the full (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither UBS nor any of its directors, employees or agents accepts any liability for any loss (including investment loss) or damage arising out of the use of all or any of the Information.

Prior to making any investment or financial decisions, any recipient of this document or the information should seek individualized advice from his or her personal financial, legal, tax and other professional advisors that takes into account all the particular facts and circumstances of his or her investment objectives.

Any prices stated in this document are for information purposes only and do not represent valuations for individual securities or other financial instruments. There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by UBS or any other source may yield substantially different results.

No representation or warranty, either expressed or implied, is provided in relation to the accuracy, completeness or reliability of the information contained in any materials to which this document relates (the "Information"), except with respect to Information concerning UBS. The Information is not intended to be a complete statement or summary of the securities, markets or developments referred to in the document. UBS does not undertake to update or keep current the Information. Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups, personnel or other representative of UBS. Any statements contained in this report attributed to a third party represent UBS's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party. In no circumstances may this document or any of the Information (including any forecast, value, index or other calculated amount ("Values")) be used for any of the following purposes:

(i) valuation or accounting purposes;

(ii) to determine the amounts due or payable, the price or the value of any financial instrument or financial contract; or

(iii) to measure the performance of any financial instrument including, without limitation, for the purpose of tracking the return or performance of any Value or of defining the asset allocation of portfolio or of computing performance fees.

By receiving this document and the Information you will be deemed to represent and warrant to UBS that you will not use this document or any of the Information for any of the above purposes or otherwise rely upon this document or any of the Information.

UBS has policies and procedures, which include, without limitation, independence policies and permanent information barriers, that are intended, and upon which UBS relies, to manage potential conflicts of interest and control the flow of information within divisions of UBS and among its subsidiaries, branches and affiliates. For further information on the ways in which UBS manages conflicts and maintains independence of its research products, historical performance information and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

Research will initiate, update and cease coverage solely at the discretion of UBS Research Management, which will also have sole discretion on the timing and frequency of any published research product. The analysis contained in this document is based on numerous assumptions. All material information in relation to published research reports, such as valuation methodology, risk statements, underlying assumptions (including sensitivity analysis of those assumptions), ratings history etc. as required by the Market Abuse Regulation, can be found on UBS Neo. Different assumptions could result in materially different results.

The analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this document is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues; however, compensation may relate to the revenues of UBS and/or its divisions as a whole, of which investment banking, sales and trading are a part, and UBS's subsidiaries, branches and affiliates as a whole.

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this document. For financial instruments admitted to trading on a non-EU regulated market: UBS may act as a market maker save that where this activity is carried out in the US in accordance with the definition given to it by the relevant laws and regulations, such activity will be specifically disclosed in this document. UBS may have issued a warrant the value of which is based on one or more of the financial instruments referred to in the document. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this document.

 

**United Kingdom and the rest of Europe:** Except as otherwise specified herein, this material is distributed by UBS Limited to persons who are eligible counterparties or professional clients. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **France:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France S.A. UBS Securities France S.A. is regulated by the ACPR (Autorité de Contrôle Prudentiel et de Résolution) and the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this document, the document is also deemed to have been prepared by UBS Securities France S.A. **Germany:** Prepared by UBS Limited and distributed by UBS Limited and UBS Europe SE. UBS Europe SE is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). **Spain:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). **Turkey:** Distributed by UBS Limited. No information in this document is provided for the purpose of offering, marketing and sale by any means of any capital market instruments and services in the Republic of Turkey. Therefore, this document may not be considered as an offer made or to be made to residents of the Republic of Turkey. UBS Limited is not licensed by the Turkish Capital Market Board under the provisions of the Capital Market Law (Law No. 6362). Accordingly, neither this document nor any other offering material related to the instruments/services may be utilized in connection with providing any capital market services to persons within the Republic of Turkey without the prior approval of the Capital Market Board. However, according to article 15 (d) (ii) of the Decree No. 32, there is no restriction on the purchase or sale of the securities abroad by residents of the Republic of Turkey. **Poland:** Distributed by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce regulated by the Polish Financial Supervision Authority. Where an analyst of UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce has contributed to this document, the document is also deemed to have been prepared by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce. **Russia:** Prepared and distributed by UBS Bank (OOO). **Switzerland:** Distributed by UBS AG to persons who are institutional investors only. UBS AG is regulated by the Swiss Financial Market Supervisory Authority (FINMA). **Italy:** Prepared by UBS Limited and distributed by UBS Limited and UBS Limited, Italy Branch. Where an analyst of UBS Limited, Italy Branch has contributed to this document, the document is also deemed to have been prepared by UBS Limited, Italy Branch. **South Africa:** Distributed by UBS South Africa (Pty) Limited (Registration No. 1995/011140/07), an authorised user of the JSE and an authorised Financial Services Provider (FSP 7328). **Israel:** This material is distributed by UBS Limited. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. UBS Securities Israel Ltd is a licensed Investment Marketer that is supervised by the Israel Securities Authority (ISA). UBS Limited and its affiliates incorporated outside Israel are not licensed under the Israeli Advisory Law. UBS Limited is not covered by insurance as required from a licensee under the Israeli Advisory Law. UBS may engage among others in issuance of Financial Assets or in distribution of Financial Assets of other issuers for fees or other benefits. UBS Limited and its affiliates may prefer various Financial Assets to which they have or may have Affiliation (as such term is defined under the Israeli Advisory Law). Nothing in this Material should be considered as investment advice under the Israeli Advisory Law. This Material is being issued only to and/or is directed only at persons who are Eligible Clients within the meaning of the Israeli Advisory Law, and this material must not be relied on or acted upon by any other persons. **Saudi Arabia:** This document has been issued by UBS AG (and/or any of its subsidiaries, branches or affiliates), a public company limited by shares, incorporated in Switzerland with its registered offices at Aeschenvorstadt 1, CH-4051 Basel and Bahnhofstrasse 45, CH-8001 Zurich. This publication has been approved by UBS Saudi Arabia (a subsidiary of UBS AG), a Saudi closed joint stock company incorporated in the Kingdom of Saudi Arabia under commercial register number 1010257812 having its registered office at Tatweer Towers, P.O. Box 75724, Riyadh 11588, Kingdom of Saudi Arabia. UBS Saudi Arabia is authorized and regulated by the Capital Market Authority to conduct securities business under license number 08113-37. **UAE / Dubai:** The information distributed by UBS AG Dubai Branch is only intended for Professional Clients and/or Market Counterparties, as classified under the DFSA rulebook. No other person should act upon this material/communication. The information is not for further distribution within the United Arab Emirates. UBS AG Dubai Branch is regulated by the DFSA in the DIFC. UBS is not licensed to provide banking services in the UAE by the Central Bank of the UAE, nor is it licensed by the UAE Securities and Commodities Authority. **United States:** Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a **'non-US affiliate'**) to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a document prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this document must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. UBS Securities LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (the "Municipal Advisor Rule"), and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of the Municipal Advisor Rule. **Canada:** Distributed by UBS Securities Canada Inc., a registered investment dealer in Canada and a Member-Canadian Investor Protection Fund, or by another affiliate of UBS AG that is registered to conduct business in Canada or is otherwise exempt from registration. **Mexico:** This report has been distributed and prepared by UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, an entity that is part of UBS Grupo Financiero, S.A. de C.V. and is a subsidiary of UBS AG. This document is intended for distribution to institutional or sophisticated investors only. Research reports only reflect the views of the analysts responsible for the reports. Analysts do not receive any compensation from persons or entities different from UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, or different from entities belonging to the same financial group or business group of such. For Spanish translations of applicable disclosures, please go to www.ubs.com/disclosures. **Brazil:** Except as otherwise specified herein, this material is prepared by UBS Brasil CCTVM S.A. to persons who are eligible investors residing in Brazil, which are considered to be: (i) financial institutions, (ii) insurance firms and investment capital companies, (iii) supplementary pension entities, (iv) entities that hold financial investments higher than R$300,000.00 and that confirm the status of qualified investors in written, (v) investment funds, (vi) securities portfolio managers and securities consultants duly authorized by Comissão de Valores Mobiliários (CVM), regarding their own investments, and (vii) social security systems created by the Federal Government, States, and Municipalities. **Hong Kong:** Distributed by UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch. Please contact local licensed/registered representatives of UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch in respect of any matters arising from, or in connection with, the analysis or document. **Singapore:** Distributed by UBS Securities Pte. Ltd. [MCI (P) 008/09/2017 and Co. Reg. No.: 198500648C] or UBS AG, Singapore Branch. Please contact UBS Securities Pte. Ltd., an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110); or UBS AG, Singapore Branch, an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110) and a wholesale bank licensed under the Singapore Banking Act (Cap. 19) regulated by the Monetary Authority of Singapore, in respect of any matters arising from, or in connection with, the analysis or document. The recipients of this document represent and warrant that they are accredited and institutional investors as defined in the Securities and Futures Act (Cap. 289). **Japan:** Distributed by UBS Securities Japan Co., Ltd. to professional investors (except as otherwise permitted). Where this document has been prepared by UBS Securities Japan Co., Ltd., UBS Securities Japan Co., Ltd. is the author, publisher and distributor of the document. Distributed by UBS AG, Tokyo Branch to Professional Investors (except as otherwise permitted) in relation to foreign exchange and other banking businesses when relevant. **Australia:** Clients of UBS AG: Distributed by UBS AG (ABN 47 088 129 613 and holder of Australian Financial Services License No. 231087). Clients of UBS Securities Australia Ltd: Distributed by UBS Securities Australia Ltd (ABN 62 008 586 481 and holder of Australian Financial Services License No. 231098). This Document contains general information and/or general advice only and does not constitute personal financial product advice. As such, the Information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the Information, consider the appropriateness of the Information, having regard to their objectives, financial situation and needs. If the Information contained in this document relates to the acquisition, or potential acquisition of a particular financial product by a 'Retail' client as defined by section 761G of the Corporations Act 2001 where a Product Disclosure Statement would be required, the retail client should obtain and consider the Product Disclosure Statement relating to the product before making any decision about whether to acquire the product. The UBS Securities Australia Limited Financial Services Guide is available at: www.ubs.com/ecs-research-fsg. **New Zealand:** Distributed by UBS New Zealand Ltd. UBS New Zealand Ltd is not a registered bank in New Zealand. You are being provided with this UBS publication or material because you have indicated to UBS that you are a "wholesale client" within the meaning of section 5C of the Financial Advisers Act 2008 of New Zealand (Permitted Client). This publication or material is not intended for clients who are not Permitted Clients (non-permitted Clients). If you are a non-permitted Client you must not rely on this publication or material. If despite this warning you nevertheless rely on this publication or material, you hereby (i) acknowledge that you may not rely on the content of this publication or material and that any recommendations or opinions in such this publication or material are not made or provided to you, and (ii) to the maximum extent permitted by law (a) indemnify UBS and its associates or related entities (and their respective Directors, officers, agents and Advisors) (each a 'Relevant Person') for any loss, damage, liability or claim any of them may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material and (b) waive any rights or remedies you may have against any Relevant Person for (or in respect of) any loss, damage, liability or claim you may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material. **Korea:** Distributed in Korea by UBS Securities Pte. Ltd., Seoul Branch. This document may have been edited or contributed to from time to time by affiliates of UBS Securities Pte. Ltd., Seoul Branch. This material is intended for professional/institutional clients only and not for distribution to any retail clients. **Malaysia:** This material is authorized to be distributed in Malaysia by UBS Securities Malaysia Sdn. Bhd (Capital Markets Services License No.: CMSL/A0063/2007). This material is intended for professional/institutional clients only and not for distribution to any retail clients. **India:** Distributed by UBS Securities India Private Ltd. (Corporate Identity Number U67120MH1996PTC097299) 2/F, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai (India) 400051. Phone: +912261556000. It provides brokerage services bearing SEBI Registration Numbers: NSE (Capital Market Segment): INB230951431, NSE (F&O Segment) INF230951431, NSE (Currency Derivatives Segment) INE230951431, BSE (Capital Market Segment) INB010951437; merchant banking services bearing SEBI Registration Number: INM000010809 and Research Analyst services bearing SEBI Registration Number: INH000001204. UBS AG, its affiliates or subsidiaries may have debt holdings or positions in the subject Indian company/companies. Within the past 12 months, UBS AG, its affiliates or subsidiaries may have received compensation for non-investment banking securities-related services and/or non-securities services from the subject Indian company/companies. The subject company/companies may have been a client/clients of UBS AG, its affiliates or subsidiaries during the 12 months preceding the date of distribution of the research report with respect to investment banking and/or non-investment banking securities-related services and/or non-securities services. With regard to information on associates, please refer to the Annual Report at:

 

http://www.ubs.com/global/en/about_ubs/investor_relations/annualreporting.html**Taiwan:** Distributed by UBS Securities Pte. Ltd., Taipei Branch which is regulated by the Taiwan Securities and Futures Bureau.

The disclosures contained in research documents produced by UBS Limited shall be governed by and construed in accordance with English law.

UBS specifically prohibits the redistribution of this document in whole or in part without the written permission of UBS and in any event UBS accepts no liability whatsoever for any redistribution of this document or its contents or the actions of third parties in this respect. Images may depict objects or elements that are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2018. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.

