Patrick G. Byrne (Nevada Bar #7636)
Bradley T. Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
       baustin@swlaw.com

*Attorneys for Defendants Wynn Resorts, Ltd. and Matt Maddox*

(additional counsel on signature page)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS, et al., | Case No. 2:18-CV-00479-APG-BNW |
| Plaintiff(s), | **JOINT STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S REPLY** |
| v. | |
| WYNN RESORTS LIMITED, et al., | |
| Defendant(s). | **(FIRST REQUEST)** |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S REPLY**

**WHEREAS**, Plaintiffs' deadline to respond to the Company Defendants' Motion for a Protective Order (Dkt. 329) is December 19, 2023.

**WHEREAS**, the Company Defendants' deadline to submit their reply brief in support of their Motion for a Protective Order is December 26, 2023.

**WHEREAS**, on December 19, 2023, the Company Defendants contacted Plaintiffs to request an extended briefing schedule in light of the Holidays;

**WHEREAS,** Plaintiffs agreed to the Company Defendants' request for an extension as a professional courtesy.

**NOW THEREFORE IT IS STIPULATED AND AGREED**:

1. Plaintiffs' deadline to oppose Defendants Motion for a Protective Order is extended to December 22, 2023.

2. Defendants' deadline to reply in support of its Motion for a Protective Order is extended to January 5, 2024.

DATED: DECEMBER 19, 2023     Respectfully submitted,

*/s/ Mark Holscher*
Mark Holscher (*Pro Hac Vice*)
Michael J. Shipley (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: 213.680.8190
Facsimile: 213.808.8097
Email: mark.holscher@kirkland.com
           michael.shipley@kirkland.com

Matthew Solum (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

1

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S REPLY**

Patrick G. Byrne (Nevada Bar #007636)
Bradley T. Austin (Nevada Bar #13064)
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
baustin@swlaw.com

*Counsel for Defendants Wynn Resorts Limited and Matthew O. Maddox*

/s/ Murielle J. Steven Walsh
Jeremy Alan Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com
erakhlin@pomlaw.com

*Lead Counsel for Plaintiffs*

Phillip Kim (*Pro Hac Vice*)
Daniel Tyre-Karp (*Pro Hac Vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
dtyrekarp@rosenlegal.com

*Additional Counsel for Plaintiffs*

**IT IS SO ORDERED**:

DATED: 12/20/2023

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND DEFENDANT'S REPLY**