GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER (*Pro Hac Vice*)
CA Bar No. 154709
Email: jkramer@orrick.com
M. TODD SCOTT (*Pro Hac Vice*)
CA Bar No. 226885
Email: tscott@orrick.com
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700

*Attorneys for Defendant Kimmarie Sinatra*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS LIMITED, et al.,<br><br>      Defendants. | CASE NO.: 2:18-CV-00479-APG-BNW<br><br>**DEFENDANT KIMMARIE SINATRA'S JOINDER TO WYNN RESORTS DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALLEGED FEBRUARY 12, 2018 CORRECTIVE DISCLOSURES [ECF NO. 343]** |

1
2
**KIMMARIE SINATRA'S JOINDER TO THE WYNN RESORTS DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALLEGED FEBRUARY 12, 2018 CORRECTIVE DISCLOSURES**

3
4
5
6
7
8
9
Defendant KIMMARIE SINATRA ("Ms. Sinatra"), by and through counsel, the law firms of Garman Turner Gordon LLP and Orrick, Herrington & Sutcliffe LLP, hereby joins Defendants' Wynn Resorts Limited and Matthew O. Maddox (the "Wynn Resorts Defendants") Reply in Support of Motion for Partial Summary Judgment on Alleged February 12, 2018 Corrective Disclosures, filed on December 19, 2023 (ECF No. 343). Ms. Sinatra supports and joins the Wynn Resorts Defendants' reply brief's arguments.

Dated this 21st day of December 2023.

GARMAN TURNER GORDON LLP

*/s/ Dylan T. Ciciliano*
ERIKA PIKE TURNER
Nevada Bar No. 6454
DYLAN T. CICILIANO
Nevada Bar No. 12348
650 White Drive, Suite 100
Las Vegas, Nevada 89119

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER (*Pro Hac Vice*)
CA Bar No. 154709
M. TODD SCOTT (*Pro Hac Vice*)
CA Bar No. 226885
405 Howard Street
San Francisco, CA 94105

*Attorneys for Defendant Kimmarie Sinatra*

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Garman Turner Gordon LLP, hereby certifies that on the 21st day of December 2023, she caused a copy of the foregoing document, to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Andrew R. Muehlbauer
andrew@mlolegal.com

Jeremy A. Lieberman
jalieberman@pomlaw.com

Murielle J. Steven Walsh
mjsteven@pomlaw.com

Emily C. Finestone
efinestone@pomlaw.com

Elina Rakhlin
erakhlin@pomlaw.com

*Attorneys for Class Representatives*
*John V. and JoAnn M. Ferris*

                                          /s/ Tonya Binns
                                          An employee of
                                          GARMAN TURNER GORDON LLP