MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Stephen Cootey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WYNN RESORTS LIMITED, et al., <br><br> Defendants. | Case No. 2:18-cv-00479-APG-EJY <br><br> **Defendant Stephen Cootey's Joinder to Wynn Resorts, Ltd. and Matthew O. Maddox's Reply in support of Motion for Partial Summary Judgment on Alleged February 12, 2018 Corrective Disclosures** |

On December 19, 2023, Defendants Wynn Resorts, Ltd. and Matthew O. Maddox filed their Reply in support of their Motion for Partial Summary Judgment on Alleged February 12, 2018 Corrective Disclosures (the Reply).  ECF No. 343.  Defendant Stephen Cootey respectfully joins in the arguments, points, and authorities made in the Reply.

DATED December 22, 2023.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
*Counsel for Defendant Stephen Cootey*

1

**CERTIFICATE OF SERVICE**

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on December 22, 2023, I served a true and correct copy of **Defendant Stephen Cootey's Joinder to Wynn Resorts, Ltd. and Matthew O. Maddox's Reply in support of Motion for Partial Summary Judgment on Alleged February 12, 2018 Corrective Disclosures** via electronic mail to all persons registered to receive service in this action through the United States District Court's CM/ECF system.

/s/ Lisa Heller
An Employee of McNutt Law Firm, P.C.