Gary S. Lincenberg (admitted *pro hac vice*)
   glincenberg@birdmarella.com
Oliver Rocos (admitted *pro hac vice*)
   orocos@birdmarella.com
Jumin Lee (admitted pro hac vice)
   clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

CAMPBELL & WILLIAMS
J. Colby Williams (Nevada Bar #5549)
   jcw@cwlawlv.com
710 S. Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222

Attorneys for Defendant Stephen A. Wynn

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,, <br><br>  Plaintiffs, <br><br> vs. <br><br> WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE, <br><br> Defendants. | CASE NO. 2:18-cv-00479-APG-BNW <br><br> CLASS ACTION <br><br> **NOTICE OF CHANGE OF FIRM** <br><br> Assigned to Hon. Andrew P. Gordon |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that Gary S. Lincenberg, Oliver Rocos, and Christopher J. Lee, counsel for Defendant Stephen A. Wynn and formerly of the law firm Bird Marella Boxer

1  Wolpert Nessim Drooks Lincenberg & Rhow, P.C., is now associated with the law firm Bird
2  Marella Rhow Lincenberg Drooks & Nessim, LLP. The email and physical addresses, and
3  telephone and fax numbers remain the same.

5  DATED: February 6, 2024

Gary S. Lincenberg
Oliver Rocos
Christopher J. Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____
Gary S. Lincenberg
Attorneys for Defendant Stephen A. Wynn

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2024, a true and correct copy of **NOTICE OF CHANGE OF FIRM** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Sandra A. Ramirez, an Employee of
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP