ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel:    (212) 661-1100
Fax:    (917) 463-1044
Email: jalieberman@pomlaw.com
        mjsteven@pomlaw.com

*Additional Counsel on Signature Block*
*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE, <br><br> Defendants. | Case No. 2:18-cv-00479-APG-BNW <br><br> **STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to LR 26-1, the Parties[1] stipulate to the following, except as to where the Parties have set forth their respective positions regarding the submission of supplemental privilege logs and amended pleadings.

WHEREAS the above referenced action is subject to the Private Securities Litigation Reform Act of 1995;

WHEREAS on July 1, 2020, Plaintiffs filed their Second Amended Class Action Complaint (the "Complaint") (Dkt. No. 122);

WHEREAS on August 14, 2020, Defendants filed their motions to dismiss and/or joinders thereto (*e.g.*, Dkt. Nos. 125, 128, 132);

WHEREAS on July 28, 2021, the Court granted, in part, and denied, in part, Defendants' motions to dismiss (Dkt. No. 171);

WHEREAS on August 18, 2021 the Court entered an order granting the Parties' stipulation to extend Defendants' deadline to answer the Complaint to August 31, 2021 and the deadline for the Parties' Joint Rule 26(f) Report/proposed discovery plan and scheduling order September 30, 2021 (Dkt. No. 175);

WHEREAS on August 31, 2021, Defendants filed their Answers to the Complaint (Dkt. Nos. 176-79);

WHEREAS, by Order dated October 4, 2021, the Magistrate Judge who was then assigned to this Case bifurcated discovery into two phases: Phase One, which was limited to issues concerning class certification, and Phase Two, which encompasses merits discovery, including loss causation, and damages. The Magistrate Judge who was then assigned to this Case further ordered that, within 21 days of any Order concerning class certification, that the parties submit a second proposed discovery plan for Phase Two discovery to address all remaining merits-based and damages discovery;

---

[1] The Parties that remain in this action are: (1) Lead Plaintiffs John V. and JoAnn M. Ferris ("Lead Plaintiffs"), (2) additional named plaintiff Jeffrey Larsen ("Additional Plaintiff", and together with Lead Plaintiffs, "Plaintiffs"); and (3) Defendants Wynn Resorts Limited ("Wynn Resorts" or the "Company"), Stephen A. Wynn ("Wynn"), Stephen Cootey, Matthew O. Maddox, and Kimmarie Sinatra (collectively, "Defendants").

WHEREAS, by Order dated March 2, 2023, the District Court granted Plaintiffs' motion for class certification, appointed John Ferris, JoAnne Ferris, and Jeffrey Larsen as Class Representatives, and appointed Pomerantz LLP as Class Counsel (Dkt. No. 283);

WHEREAS the Parties filed a Stipulated Discovery Plan and Scheduling Order on March 23, 2023, requesting a hearing for a special scheduling review. Pursuant to LR 26-1(b), this Joint Rule 26(f) Report outlined the Parties' disagreement on the form or contents of the discovery plan and provided a statement of each party's position on each point in dispute (Dkt. No. 285);

WHEREAS a special scheduling review hearing was held before the Court on April 6, 2023, during which the Court ordered the Parties to file a Joint Discovery Plan and Scheduling Order providing the dates ordered by the Court (Dkt. No. 295);

WHEREAS the Court granted the Parties' Stipulated Discovery Plan and Scheduling Order on April 28, 2023 (Dkt. No. 302);

WHEREAS Plaintiffs filed a Motion to Compel additional discovery on November 21, 2023 (Dkt. No. 327), Defendants opposed on December 5, 2023 (Dkt. Nos. 328, 330), and Plaintiffs replied on December 12, 2023 (Dkt. No. 341);

WHEREAS Defendants filed a Motion for Protective Order on December 5, 2023 (Dkt. Nos. 329-34), Plaintiffs opposed on December 22, 2023 (Dkt. No. 352), and Defendants replied on January 5, 2023 (Dkt. Nos. 354-55);

WHEREAS Defendants filed a Motion for Partial Summary Judgment on the Alleged February 12, 2018 Corrective Disclosures on November 14, 2023 (Dkt. Nos. 314-26), Plaintiffs opposed on December 5, 2023 (Dkt. Nos. 335-36), and Defendants replied on December 19, 2023 (Dkt. Nos. 343-45);

WHEREAS a hearing was held before the Court on February 12, 2024 regarding Plaintiffs' Motion to Compel and Defendants' Motion for Protective Order, and a hearing was set for rulings on the motions (Dkt. No. 365);

WHEREAS Plaintiffs moved for an extension of the fact discovery deadline from May 31, 2024 until August 29, 2024 (Dkt. No. 362), and by Order dated March 36, 2024, the Court granted the Motion (Dkt. No. 363);

WHEREAS Plaintiffs filed a Motion to Compel regarding Defendants' privilege log on May 22, 2024 (Dkt. No. 366);

WHEREAS a hearing was held before the Court on May 24, 2024 granting in part and denying in part Plaintiffs' Motion to Compel additional discovery, granting in part and denying in part Defendants' Motion for Protective Order, and suspending the briefing for Plaintiffs' Motion to Compel regarding Defendants' privilege log in consideration of the appointment of a Special Master (Dkt. Nos. 371);

WHEREAS, by Order dated May 29, 2024, the Court denied Defendants' Motion for Partial Summary Judgment without prejudice to refile the motion no sooner than 30 days after Defendants' compliance with the Court's May 24, 2024 Order at Dkt. No. 373 and any Order in relation to Plaintiff's Motion to Compel regarding Defendants' privilege log (Dkt. No. 366) (Dkt. No. 375);

WHEREAS, by Order dated June 4, 2024, the Court denied Plaintiffs' Motion to Compel without prejudice in light of an impending appointment of a Special Master (Dkt. No. 378);

WHEREAS the Court indicated the Parties should submit a proposed amended schedule and discovery plan.

## **STIPULATED SCHEDULE AND DISCOVERY PLAN**

**1.** This case <u>is to be tried</u> to a jury.

**2.** Service of all papers may be made by email on the Parties.

**3.** **Alternative Forms of Case Disposition**: The Parties have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and do not consent, but the Parties may at any later time consent to such alternative forms of case disposition.

**4.** **Initial Disclosures**: The Parties exchanged their initial disclosures under Fed. R. Civ. P. 26(a) on Friday, **September 24, 2021**.

5.      **Defendants' Amended Response to Plaintiffs' First Request for Production**:

(a)      Defendants' amended responses to Plaintiffs' First Request for Production of Documents to Defendants, dated September 15, 2021, were served on the necessary parties on Thursday, **April 27, 2023**.

6.      **Fact Discovery**:

(a)      Documents shall be produced on a rolling basis.

(b)      Initial privilege logs were produced by Wednesday, **January 31, 2024**.

(c)      Supplemental document productions shall be completed by Friday, **September 13, 2024**.

(d)      Supplemental privilege logs for additional document productions shall be submitted by Friday, **October 4, 2024**.

(i)      *Plaintiffs' Position*: A supplemental privilege log related to the expedited discovery ordered by the Court in Dkt. No. 373 shall be submitted within 21 days of production of such expedited discovery.

(ii)      *Defendants' Position*: The parties have stipulated that supplemental privilege logs encompassing all additional document productions shall be submitted by Friday, October 4, 2024. In light of this, a separate supplemental privilege log related specifically to the expedited discovery is unnecessary and would be burdensome. A single deadline for a supplemental privilege log of all additional discovery would allow for efficient and productive discussions should the parties have privilege disputes as to certain entries.

(e)      All fact discovery (including depositions) must be concluded by Wednesday, **November 27, 2024**.

7.      **Expert Discovery:**

(a)      Expert discovery must be completed by Wednesday, **May 14, 2025**.

(b)      Expert discovery (including expert depositions) will be sequenced to allow Defendants to depose Plaintiffs' experts prior to Defendants' submitting their opening reports.

(c)      Expert disclosures conforming with Rule 26 must be made no later than the following dates:

1           (i)     Plaintiffs' opening expert reports, if any, shall be submitted by

2  Wednesday, **December 4, 2024**.

3           (ii)    Plaintiffs' opening experts shall be deposed by Wednesday,

4  **January 15, 2025**.

5           (iii)   Defendants' opening expert reports, if any, shall be submitted by

6  Wednesday, **February 26, 2025**.

7           (iv)   Defendants' opening experts shall be deposed by Wednesday,

8  **April 9, 2025**.

9           (v)    Rebuttal expert reports shall be submitted by Wednesday, **May 14,**

10  **2025**.

11      **8.**    **Amended Pleadings and Additional Parties:**

12      **(a)**    ***Plaintiffs' Position***: Amended pleadings shall be filed **within 60 days**

13  after the close of fact discovery, in order to provide Plaintiffs with the necessary time to review

14  the additional documents that Defendants were ordered to produce pursuant to this Court's May

15  24, 2024 Discovery Order. Setting the deadline for motions to amend the pleadings after the close

16  of fact discovery is consistent with the Stipulated Discovery Plan and Scheduling Order pursuant

17  to the Court's April 6, 2023 Motion Hearing Order, which provided that any motion to amend the

18  pleadings may be made after the close of fact discovery.

19      **(b)**    ***Defendants' Position***: As the class has been certified, no additional parties

20  may be joined at this stage, and no pleading may be amended. However, should the Court permit

21  amended pleadings, the original deadline of Friday, **June 28, 2024** should remain. Amended

22  pleadings or additional parties would require the parties to conduct additional discovery, so any

23  amendment should occur ***before*** the close of fact discovery. Further, Plaintiffs have all the

24  information they need to amend the pleadings at this time; the extension to the fact discovery

25  deadline is to account for the production of supplemental discovery, which has no bearing on

26  Plaintiffs' ability to amend.

27

28

9.      **Dispositive Motions**:

(a)      The following deadlines shall apply to any *Daubert* or summary judgment motions filed by any party to this action:

(i)      Any *Daubert* or summary judgment motion, if any, shall be filed by Monday, **July 14, 2025**.

(ii)      Any opposition to any *Daubert* or summary judgment motion, if any, shall be filed **within 60 days** of the opening brief.

(iii)      Any reply in support of a *Daubert* or summary judgment motion, if any, shall be filed **within 60 days** of the opposition brief.

10.      **Pretrial Order:**

(a)      If dispositive motions are not filed, a joint pretrial order, together with all other pretrial submissions required by those rules (not including *in limine* motions), shall be submitted on or before Monday, **August 11, 2025**. However, in accordance with LR 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the court issues decision on the dispositive motions or further court order.

(b)      The Court shall hold a pre-trial conference on a date to be announced.

(c)      Trial shall begin on a date to be announced.

11.      **Depositions**:

(a)      Depositions will be governed by Federal Rule of Civil Procedure 30. If either party wants to take additional depositions beyond the 10 allotted under Rule 30, then they must follow Rule 30(a)(2)'s requirements.

12.      **Electronic Evidence**: The Parties have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations and did not reach any stipulations regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system. The Parties intend to revisit the presentation of evidence in electronic format to the jury for the purposes of jury deliberations in advance of the filing of the joint pretrial order, and the Parties anticipate setting forth any stipulations reached as a result

1    of those discussions in the joint pretrial order or other submission submitted at the same time as

2    the joint pretrial order.

3

4    Upon consent of the parties:

5

6       DATED:  June 18, 2024                          KIRKLAND & ELLIS LLP

7                                                     */s/ Mark S. Holscher*

8                                                     Mark Holscher (*Pro Hac Vice*)

9                                                     Michael J. Shipley (*Pro Hac Vice*)
                                                      Edward Hillenbrand (*Pro Hac Vice*)

10                                                    Nathaniel Edward Haas (*Pro Hac Vice*)
                                                      KIRKLAND & ELLIS LLP

11                                                    555 South Flower Street, Ste. 3700
                                                      Los Angeles, California 90071

12                                                    Telephone: 213.680.8400
                                                      Facsimile: 213.680.8500

13                                                    Email: mark.holscher@kirkland.com

14                                                          michael.shipley@kirkland.com
                                                          edward.hillenbrand@kirkland.com

15                                                          nathaniel.haas@kirkland.com

16                                                    Matthew Solum (*Pro Hac Vice*)

17                                                    KIRKLAND & ELLIS LLP
                                                      601 Lexington Avenue

18                                                    New York, New York 10022-4611
                                                      Telephone: 212.446.4688

19                                                    Facsimile: 212.446.4900
                                                      Email: matthew.solum@kirkland.com

20

21                                                    Patrick G. Byrne (Nevada Bar #7636)
                                                      Bradley T. Austin (Nevada Bar #13064)

22                                                    SNELL & WILMER L.L.P.
                                                      3883 Howard Hughes Parkway, Suite 1100

23                                                    Las Vegas, Nevada 89169
                                                      Telephone: 702.784.5200

24                                                    Facsimile: 702.784.5252
                                                      Email: pbyrne@swlaw.com

25                                                          baustin@swlaw.com

26

27                                                    *Attorneys for Defendants Wynn Resorts, Ltd.,*
                                                      *and Matthew O. Maddox*

28

                                          8      **STIPULATED AMENDED DISCOVERY**
                                                 **PLAN AND SCHEDULING ORDER**

DATED:  June 18, 2024

*/s/ Gary S. Lincenberg*
Gary S. Lincenberg
Jumin Lee
Oliver Rocos
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, Ste. 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: gsl@birdmarella.com
         clee@birdmarella.com
         orocos@birdmarella.com

J Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: jcw@cwlawlv.com

*Counsel for Defendant Stephen A. Wynn*

DATED:  June 18, 2024

*/s/ Daniel R. McNutt*
Daniel R. McNutt
Matthew C. Wolf
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
702-384-1170
Fax: 702-384-5529
Email: drm@mcnuttlawfirm.com
         mcw@mcnuttlawfirm.com

*Counsel for Defendant Stephen Cootey*

DATED:  June 18, 2024

*/s/ Dylan T. Ciciliano*
Dylan T. Ciciliano
Erika Pike Turner
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: dciciliano@gtg.legal
         eturner@gtg.legal

**STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**

1
2
3
4
5
6

James Neil Kramer
ORRICK HERRINGTON & SUTCLIFFE
LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile: (415) 773-5759
Email: jkramer@orrick.com

*Counsel for Defendant Kimmarie Sinatra*

7

DATED:  June 18, 2024

8
9
10
11
12
13

*/s/ Murielle J. Steven Walsh*
Jeremy Alan Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
          mjsteven@pomlaw.com

14
15
16
17
18

Andrew R. Muehlbauer (Nevada Bar #10161)
MUEHLBAUER LAW OFFICE, LTD.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

19

*Lead Counsel for Class Representatives*

20

DATED:  June 18, 2024

21
22
23
24
25

*/s/ Daniel Tyre-Karp*
Daniel Tyre-Karp
Phillip Kim
THE ROSEN LAW FIRM
275 Madison Avenue, 40th Floor
New York, New York 10016
212-686-1060
Email: dtyrekarp@rosenlegal.com
          pkim@rosenlegal.com

26

*Additional Counsel for Class Representatives*

27
28

10     **STIPULATED AMENDED DISCOVERY**
           **PLAN AND SCHEDULING ORDER**

**IT IS SO ORDERED:**

Dated ___June 21_____, 2024
Las Vegas, Nevada

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**IT IS FURTHER ORDERED** that a supplemental privilege log related to the expedited
discovery ordered by the Court at ECF No. 373 shall be submitted within 21 days of
production of such expedited discovery.

**IT IS FURTHER ORDERED** that the deadline to amend pleadings is July 31, 2024.

11      **STIPULATED AMENDED DISCOVERY**
**PLAN AND SCHEDULING ORDER**

**CERTIFICATE OF SERVICE**

On June 18, 2024, I served the foregoing document on all parties appearing in this case when filing said document through the Court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Laura Bay*_____
An employee of KIRKLAND & ELLIS LLP

**STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**