ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com

*Additional Counsel on Signature Block*
*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS LIMITED, STEPHEN A. WYNN, CRAIG SCOTT BILLINGS, STEPHEN COOTEY, MATTHEW O. MADDOX, JOHN J. HAGENBUCH, ROBERT J. MILLER, PATRICIA MULROY, CLARK T. RANDT JR., ALVIN V. SHOEMAKER, KIMMARIE SINATRA, DANIEL B. WAYSON, JAY L. JOHNSON, RAY R. IRANI, and J. EDWARD VIRTUE,<br><br>Defendants. | Case No. 2:18-cv-00479-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO PRODUCE EXPEDITED DISCOVERY**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, the Parties[1] stipulate to the following extension of Defendant's deadline to produce expedited discovery as set forth in this Court's May 24, 2024 Order (Dkt. No. 373).

WHEREAS Plaintiffs filed a Motion to Compel additional discovery on November 21, 2023 (Dkt. No. 327);

WHEREAS Defendants filed a Motion for Protective Order on December 5, 2023 (Dkt. Nos. 329-34);

WHEREAS Defendants filed a Motion for Partial Summary Judgment on the Alleged February 12, 2018 Corrective Disclosures on November 14, 2023 (Dkt. Nos. 314-26);

WHEREAS a hearing was held before the Court on February 12, 2024 regarding Plaintiffs' Motion to Compel and Defendants' Motion for Protective Order, and a hearing was set for rulings on the motions (Dkt. No. 365);

WHEREAS Plaintiffs moved for an extension of the fact discovery deadline from May 31, 2024 until August 29, 2024 (Dkt. No. 362), and by Order dated March 36, 2024, the Court granted the Motion (Dkt. No. 363);

WHEREAS a hearing was held before the Court on May 24, 2024, and the Court granted in part and denied in part Plaintiffs' Motion to Compel additional discovery, and granted in part and denied in part Defendants' Motion for Protective Order (Dkt. No. 373);

WHEREAS during the May 24, 2024 hearing the Court ordered Defendants to review and produce additional discovery relevant to the Company Defendants' Motion for Summary Judgment to the extent further responsive materials exist by June 24, 2024 (the "Expedited Review");

[1] The Parties that remain in this action are: (1) Lead Plaintiffs John V. and JoAnn M. Ferris ("Lead Plaintiffs"), (2) additional named plaintiff Jeffrey Larsen ("Additional Plaintiff", and together with Lead Plaintiffs, "Plaintiffs"); and (3) Defendants Wynn Resorts Limited ("Wynn Resorts" or the "Company"), Stephen A. Wynn ("Wynn"), Stephen Cootey, Matthew O. Maddox, and Kimmarie Sinatra (collectively, "Defendants").

WHEREAS Defendants requested that Plaintiffs agree to 30-day extension of the Expedited Review deadline to continue discussions concerning search terms;

WHEREAS Plaintiffs responded that they would not object to a 30-day extension of the Expedited Review deadline provided that Defendants give them a response to their June 4, 2024 search proposal (with hit counts) by Friday, June 21, 2024, and to the extent that they do not agree with Plaintiffs' June 4 proposal, provide a counterproposal with hit counts by Friday June 21, 2024;

WHEREAS Defendants agreed that they would provide Plaintiffs with this information by June 21, 2024;

WHEREAS the Parties are in continuing discussions concerning a search term plan;

THEREFORE, the Parties stipulate and agree, and respectfully request the Court to order as follows:

1. Defendant's deadline to produce documents in connection with the Expedited Review is extended 30 days, until July 24, 2024.

DATED: June 20, 2024

KIRKLAND & ELLIS LLP

*/s/ Mark S. Holscher*

Mark Holscher (*Pro Hac Vice*)
Michael J. Shipley (*Pro Hac Vice*)
Edward Hillenbrand (*Pro Hac Vice*)
Nathaniel Edward Haas (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: 213.680.8400
Facsimile: 213.680.8500
Email: mark.holscher@kirkland.com
michael.shipley@kirkland.com
edward.hillenbrand@kirkland.com
nathaniel.haas@kirkland.com

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

Patrick G. Byrne (Nevada Bar #7636)
Bradley T. Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
baustin@swlaw.com

*Attorneys for Defendants Wynn Resorts, Ltd., and Matthew O. Maddox*

DATED: June 20, 2024

*/s/ Gary S. Lincenberg*
Gary S. Lincenberg
Jumin Lee
Oliver Rocos
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, Ste. 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: gsl@birdmarella.com
clee@birdmarella.com
orocos@birdmarella.com

J Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: jcw@cwlawlv.com

*Counsel for Defendant Stephen A. Wynn*

DATED: June 20, 2024

*/s/ Daniel R. McNutt*
Daniel R. McNutt
Matthew C. Wolf
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
702-384-1170
Fax: 702-384-5529
Email: drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

*Counsel for Defendant Stephen Cootey*

DATED: June 20, 2024

*/s/ Dylan T. Ciciliano*
Dylan T. Ciciliano
Erika Pike Turner
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: dciciliano@gtg.legal
eturner@gtg.legal

James Neil Kramer
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: jkramer@orrick.com

*Counsel for Defendant Kimmarie Sinatra*

DATED: June 20, 2024

*/s/ Murielle J. Steven Walsh*
Jeremy Alan Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com

Andrew R. Muehlbauer (Nevada Bar #10161)
MUEHLBAUER LAW OFFICE, LTD.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

*Lead Counsel for Class Representatives*

DATED: June 20, 2024

*/s/ Daniel Tyre-Karp*
Daniel Tyre-Karp
Phillip Kim
THE ROSEN LAW FIRM
275 Madison Avenue, 40th Floor
New York, New York 10016
212-686-1060
Email: dtyrekarp@rosenlegal.com
pkim@rosenlegal.com

*Additional Counsel for Class Representatives*

**IT IS SO ORDERED:**

Dated June 21, 2024
Las Vegas, Nevada

[signature]
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

On June 20, 2024, I served the foregoing document on all parties appearing in this case when filing said document through the Court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Laura Bay*
An employee of KIRKLAND & ELLIS LLP