**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. FERRIS and JOANN M. FERRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>WYNN RESORTS LIMITED, et al.,<br><br>            Defendants. | Case No. 2:18-CV-00479-APG-BNW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER APPOINTING SPECIAL MASTER |

1

The Parties, through their respective counsel of record, hereby stipulate and agree as follows, subject to the approval of the Court:

### Appointment of the Special Master

Pursuant to Federal Rule of Civil Procedure 53(a)(1)(A) and (a)(1)(C),  The Court appoints the Honorable Jay Young (ret.) as Special Master, until further order of this Court. The Special Master has submitted with this proposed order an affidavit disclosing whether there are any grounds for his disqualification under 28 U.S.C. § 455. *See* Fed. R. Civ. P. 53(a)(2) and (b)(3). The Special Master's appointment is effective immediately.

### The Special Master's Duties, Authority, and Compensation

1.      The Special Master is directed to "proceed with all reasonable diligence" in the performance of his duties. Fed. R. Civ. P. 53(b)(2). The Special Master is appointed to resolve discovery disputes between the Parties related to the Company Defendants' privilege log (the "Privilege Log Disputes"). The Court reserves the right to expand the scope of the special master's appointment to other discovery motions and/or disputes.

2.      In furtherance of his duties, the Special Master may communicate *ex parte* with the Court on any matter. The Special Master may not communicate *ex parte* with the parties (except to arrange scheduling matters) without notice to, and receiving consent from, all parties. Any party may communicate with the Special Masters by email if, when doing so, the party includes all counsel of record on such communication.

3.      During the pendency of these proceedings, the Special Masters and the parties shall notify this Court immediately if they become aware of any potential grounds that would require disqualification under 28 U.S.C. § 455.

4.      The Special Master shall preserve, as a record of his activities, all written submissions received from the parties, all written submissions sent to the parties and any transcripts of hearings before the Special Master pursuant to Fed. R. Civ. P. 53(b)(2)(C). The Special Master shall file with the Clerk of Court such records upon the request of any party or the

Court. The Special Master shall also file any order, report, or recommendation with the Court pursuant to Fed. R. Civ. P. 53(d).

5.      A party may file objections to—or a motion to adopt or modify—the Special Master's order, report, or recommendation no later than ten (10) days from the time that order, report, or recommendation is served on all of the parties. The party filing such objection or motion must also file the relevant record.

6.      Any order, report or recommendation of the Special Master on non-dispositive motions, unless it involves a finding of fact or conclusion of law, will be deemed a ruling on a procedural matter. The Court will set aside a ruling on a procedural matter only where it is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636.

7.      Barring a stipulation of the parties with the Court's consent setting some other standard of review, *see* Fed. R. Civ. P. 53(f)(3), the Court will decide *de novo* all objections to findings of fact or conclusions of law made or recommended by the Special Master.

8.      The Special Master's compensation, as well as any costs and expenses, will be paid 50% by Plaintiffs (collectively) and 50% by Defendants (collectively), subject to any modification pursuant to Fed. R. Civ. P. 53(g).  The Special Master shall be compensated at a rate of $625 per hour. If the Special Master finds that he needs the assistance of any paralegal or lawyer, that expense shall be billed by the Special Master at the ordinary rate for those people.

9.      The Special Master is hereby authorized to receive and consider information and documents designated "CONFIDENTIAL" or "RESTRICTED – ATTORNEYS' EYES ONLY" pursuant to the Parties' Stipulated Protective Order (ECF 192). The Special Master agrees to be bound by the Parties' Stipulated Protective Order. The Special Master shall not file any material designated as "CONFIDENTIAL" or "RESTRICTED – ATTORNEYS' EYES ONLY" publicly with the Court without affording the designating party an opportunity to protect the information under the Local Rules of the Court and the Parties' Stipulated Protective Order.

10.     Finally, this Order may be amended at any time upon notice to the parties, and an opportunity to be heard.

DATED:  June 20, 2024

KIRKLAND & ELLIS LLP

*/s/ Mark S. Holscher*

Mark Holscher (*Pro Hac Vice*)
Michael J. Shipley (*Pro Hac Vice*)
Edward Hillenbrand (*Pro Hac Vice*)
Nathaniel Edward Haas (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Ste. 3700
Los Angeles, California 90071
Telephone: 213.680.8400
Facsimile: 213.680.8500
Email: mark.holscher@kirkland.com
        michael.shipley@kirkland.com
        edward.hillenbrand@kirkland.com
        nathaniel.haas@kirkland.com

Matthew Solum (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: 212.446.4688
Facsimile: 212.446.4900
Email: matthew.solum@kirkland.com

Patrick G. Byrne (Nevada Bar #7636)
Bradley T. Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
        baustin@swlaw.com

*Attorneys for Defendants Wynn Resorts, Ltd.,
and Matthew O. Maddox*

4

DATED:  June 20, 2024

*/s/ Gary S. Lincenberg*
Gary S. Lincenberg
Jumin Lee
Oliver Rocos
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP
1875 Century Park East, Ste. 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: gsl@birdmarella.com
        clee@birdmarella.com
        orocos@birdmarella.com

J Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: jcw@cwlawlv.com

*Counsel for Defendant Stephen A. Wynn*

DATED:  June 20, 2024

*/s/ Daniel R. McNutt*
Daniel R. McNutt
Matthew C. Wolf
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
702-384-1170
Fax: 702-384-5529
Email: drm@mcnuttlawfirm.com
        mcw@mcnuttlawfirm.com

*Counsel for Defendant Stephen Cootey*

DATED:  June 20, 2024

*/s/ Dylan T. Ciciliano*
Dylan T. Ciciliano
Erika Pike Turner
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: dciciliano@gtg.legal
        eturner@gtg.legal

James Neil Kramer
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile: (415) 773-5759
Email: jkramer@orrick.com

*Counsel for Defendant Kimmarie Sinatra*

DATED:  June 20, 2024          <u>*/s/ Murielle J. Steven Walsh*</u>
Jeremy Alan Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
Email: jalieberman@pomlaw.com
        mjsteven@pomlaw.com

Andrew R. Muehlbauer (Nevada Bar #10161)
MUEHLBAUER LAW OFFICE, LTD.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

*Lead Counsel for Class Representatives*

DATED:  June 20, 2024          <u>*/s/ Daniel Tyre-Karp*</u>
Daniel Tyre-Karp
Phillip Kim
THE ROSEN LAW FIRM
275 Madison Avenue, 40th Floor
New York, New York 10016
212-686-1060
Email: dtyrekarp@rosenlegal.com
        pkim@rosenlegal.com

*Additional Counsel for Class Representatives*

6

**IT IS SO ORDERED.**

Dated: _____June 21_____, 2024

       Las Vegas, Nevada

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

7

**CERTIFICATE OF SERVICE**

On June 20, 2024, I served the foregoing document on all parties appearing in this case when filing said document through the Court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Laura Bay*
An employee of KIRKLAND & ELLIS LLP