1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8

Case # 2:18-cv-00479-APG-BNW

John V. Ferris, et al.,

9

10

Plaintiff(s),

11

vs.

12

Wynn Resorts Limited, et al.

13

Defendant(s).

14

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

15

16

_____Tracy Lin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17

1.     That Petitioner is an attorney at law and a member of the law firm of

18

Kirkland & Ellis LLP
(firm name)

19

20

with offices at _____601 Lexington Avenue_____,
(street address)

21

22

_____New York_____, _____New York_____, _____10022_____,
(city)                          (state)                    (zip code)

23

_____212-390-4457_____, _____tracy.lin@kirkland.com_____.
(area code + telephone number)          (Email address)

24

2.     That Petitioner has been retained personally or as a member of the law firm by

25

Wynn Resorts, Ltd., Craig Scott Billings, Matthew O. Maddox, Alvin V. Shoemaker, Clark T. Randt, Jr., Daniel B. Wayson, J. Edward Virtue, Jay L. Johnson, John J. Hagenbuch, Patricia Mulroy, Ray R. Irani, and Robert J. Miller

26

to provide legal representation in connection with

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.     That since _____ November 16, 2021 _____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____ New York _____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Court | 11/16/2021 | 5909064 |
| U.S. District Court, SDNY | 05/17/2022 | 5909064 |
| U.S. Court of Appeals, Second Circuit | 02/10/2023 | - |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

New York State Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                     _____
                                                            Petitioner's signature
   STATE OF _____New York_____ )

5                                 )
   COUNTY OF _____New York_____ )

6

7        _____Tracy Lin_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                     _____
                                                            Petitioner's signature

10  Subscribed and sworn to before me this

11  __5__ day of __June_____ , __2024__ .

12

13  _____              Notary Public, State of New York
           Notary Public or Clerk of Court              No. 01FE6439737
14                                                   Qualified in New York County
                                                   Commission Expires 8/29/2026

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
             **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate ___Patrick Gerard Byrne___ ,
19                                                                             (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23     ___Snell & Wilmer, Hughes Center, 3883 Howard Hughes Parkway, Suite 1100___ ,
                                     (street address)
24
   ___Las Vegas_____ , ___Nevada_____ , ___89169___ ,
25          (city)                      (state)              (zip code)

26     ___702-784-5200_____ , ___pbyrne@swlaw.com_____ .
         (area code + telephone number)        (Email address)
27

28                                      4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Patrick Gerard Byrne _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

VICE PRESIDENT, LEGAL – LITIGATION

Eric Aldrian, Sr. Corp. and Compliance Counsel   WYND RESORTS

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ (NV 13064)

Designated Resident Nevada Counsel's signature

7636                              pbyrne@swlaw.com

Bar number                 Email address

APPROVED:

Dated: this 25th day of June , 20 24 .

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16