# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John V. Ferris, et al., | Case No. 2:18-cv-00479-CDS-BNW |
| Plaintiffs | **Order Setting Hearing on Unopposed Motion for Preliminary Approval of Proposed Class Settlement** |
| v. | |
| Wynn Resorts Limited, et al., | [ECF No. 422] |
| Defendants | |

Plaintiffs John V. and JoAnn M. Ferris and Jeffrey Larsen filed an unopposed motion for preliminary approval of class action settlement. ECF No. 422. Under FRCP 23(e)(2), if a proposal would bind class members, "the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate. . ." Fed. R. Civ. P. 23(e)(2). Generally, the approval of class action settlements occurs in two stages. *Alberto v. GMRI, Inc.*, 252 F.R.D. 652, 658 (E.D. Cal. 2008). As a first step toward final approval, the court considers whether to preliminarily grant approval of the settlement pending a fairness hearing and authorizes that notice be given to the class. *Id.* at 658–59. This phase focuses on assessing whether the proposed settlement merits preliminary approval, which would "lay the ground work for a future fairness hearing." *Id.* at 659. After the fairness hearing, the court will make a final determination as to whether the parties should be allowed to settle the class action pursuant to the terms agreed upon. *Id.*

It is therefore ordered that plaintiff's unopposed motion for preliminary approval of class action settlement will be heard on October 10, 2024, at 11:00 a.m. in LV Courtroom to be determined.

Dated: September 27, 2024

_____
Cristina D. Silva
United States District Judge