UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

John V. Ferris, et al.,

        Plaintiffs

v.

Wynn Resorts, N.A., et al.,

        Defendants

Case No. 2:18-cv-00479-CDS-BNW

**Order Granting Defendants' Motion to Withdraw Motion for Partial Summary Judgment and Related Filings**

[ECF Nos. 337, 346, 416, 423, 424, 428]

      The parties have settled this action and therefore the defendants, Wynn Resorts, Ltd. and Matthew Maddox (collectively, "the defendants"), seek to withdraw their previously filed motion for partial summary judgment and related filings. Mot. to withdraw, ECF No. 428 (referencing ECF Nos. 314–323; 343–345). If withdrawal is granted, defendants also request that the court moot the motions to seal submitted in connection with their partial summary motion. *Id.* During an October 10, 2024, hearing on a separate motion, plaintiffs advised the court that they would be taking no position as to defendants' request to withdraw, so the court resolves this motion without waiting for a response from plaintiffs. *See* Hr'g tr., ECF No. 430 at 10.

      Given that this matter has settled, the court grants defendants' motion to withdraw the motion for partial summary judgment and related filings. Because the summary judgment motion is now withdrawn, the related motions to seal those documents (ECF Nos. 337, 346, 416) are moot. *See Eli Lilly & Co. v. Genentech, Inc.*, 2013 WL 4396718, at *1 (N.D. Cal. Aug. 13, 2013) (denying motion to seal documents related to motions that the court denied as moot). Further, the withdrawal of the motion and the related sealing motions moots Magistrate Judge Brenda Weksler's order addressing a motion to seal (ECF No. 420), defendants' pending motion for reconsideration (ECF No. 423) and objection/appeal (ECF No. 424).

Conclusion

Accordingly, it is hereby ordered that defendants' motion to withdraw **[ECF No. 428] is GRANTED**. Defendants' motion for partial summary judgment and related filings (ECF Nos. 314–323; 343–345) are **withdrawn without prejudice.**

It is further ordered that the parties' motions to seal and joinder **[ECF Nos. 337, 346, 416] are DENIED as moot**. The parties are excused from filing public versions of the documents provisionally filed under seal in association with the motions to seal.

It is further ordered that Judge Weksler's order addressing a motion to seal (ECF No. 420) is also now mooted, so defendants' motion for reconsideration **[ECF No. 423]** and objection/appeal **[ECF No. 424] are denied as moot**.

Dated:  October 21, 2024

_____
Cristina D. Silva
United States District Judge