# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John V. Ferris, et al., | Case No. 2:18-cv-00479-CDS-BNW |
| Plaintiffs | **Order Regarding Defendants' Objection** |
| v. | |
| Wynn Resorts, N.A., et al., | |
| Defendants | |

Because the parties have agreed to settle their claims, defendants Wynn Resorts, Ltd. and Matthew Maddox (collectively, the defendants) moved to withdraw their motion for partial summary judgment. ECF No. 428. The court granted that motion on October 21, 2024 (ECF No. 433), however, the defendants' objection to the magistrate judge's May 24, 2024 order is still pending before the court (ECF No. 379). In light of the anticipated settlement, the parties are directed to meet and confer and submit either a motion, or a status report, on or before November 5, 2024, advising the court of their position regarding how the court should resolve this objection.

Dated: October 22, 2024

_____
Cristina D. Silva
United States District Judge