UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| John V. Ferris and Joann M. Ferris, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:18-cv-00479-CDS-BNW |
| Plaintiffs | **Order Granting Plaintiffs' Motion for Attorney's Fees** |
| v. | |
| Wynn Resorts Limited, et al., | [ECF No. 438] |
| Defendants | |

This is a class action lawsuit (the "Action") commenced by Class Representatives John V. Ferris; JoAnn M. Ferris; and Jeffrey Larsen ("Plaintiffs"), individually and on behalf of all members of the certified class, against defendants Wynn Resorts, Ltd.; Matthew O. Maddox; Stephen A. Wynn; Stephen Cootey; and Kimmarie Sinatra (collectively, "Defendants"). Compl., ECF No. 1. On December 23, 2024, Plaintiffs filed a motion for attorney's fees, litigation expenses, and compensatory awards (Mot., ECF No. 438), on the same date they filed their motion for final approval of class action settlement (ECF No. 437). The deadline to file any response or opposition to the attorney's fees motion was January 6, 2025. ECF No. 438; *see also* LR 7-2(b) (a response to a motion other than one for summary judgment is fourteen days). To date, no response or opposition has been filed.

The Court conducted a hearing on January 27, 2025 (the "Settlement Hearing") to consider, among other things, (a) whether the terms and conditions of the Settlement are fair, reasonable and adequate to the Class, and should therefore be approved; and (b) whether a judgment should be entered dismissing the Action with prejudice as against the Defendants. Mins. of proceeding, ECF No. 440. During the Settlement Hearing, the court also addressed Plaintiffs' motion for attorney's fees.

Having considered the motion and weighing the reasons set forth therein, as well as for the reasons set forth on the record, the court finds Plaintiffs' counsel are entitled to compensation, and that the requested attorney's fees are reasonable considering: (1) the results achieved, (2) the risk of litigation, (3) the requisite skill and quality of the attorneys' work, and (4) the contingent nature of the fee, and (5) financial burden the attorneys faced. The court also finds that the requested award comports with awards made in similar cases, and that it meets the lodestar cross-check. Finally, there was no opposition to the motion, which weighs in favor of granting the motion. Accordingly, the motion for attorney's fees is granted.

## Conclusion

IT IS HEREBY ORDERED that Plaintiffs' counsel's motion for attorneys' fees **[ECF No. 438] is granted in its entirety.** Plaintiffs' counsel is awarded: (1) attorney's fees in the amount of 33 ⅓ % of the Settlement Fund, together with interest accrued thereon while in the Escrow Account, and $1,104,277.42 in litigation expenses reasonably and necessarily incurred by Plaintiffs' counsel in prosecuting and resolving this Action; and (2) Mr. and Mrs. Ferris are awarded a compensatory award in the amount of $30,000, and (3) Mr. Larsen a compensatory award in the amount of $20,000.

Dated: January 31, 2025

_____
Cristina D. Silva
United States District Judge